IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>HTC AMERICA, INC., a Washington corporation,<br><br>      Defendant. | Case No. 14-1025<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff REC Software USA, Inc. ("REC" or "Plaintiff"), for its complaint against defendant HTC America, Inc. ("HTC" or "Defendant"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for infringement of U.S. Patent No. 5,854,936 (the " '936 Patent"), a true and correct copy of which is attached hereto as Exhibit A. Plaintiff undertakes this action pursuant to the patent laws of the United States, 35 U.S.C. §§ 271 and 281, and seeks damages resulting from Defendant's unauthorized manufacture, use, sale, offers to sell, and/or importation into the United States of products, methods, processes, services, and/or systems that infringe one or more claims of the '936 Patent.

///

///

## PARTIES

2. Plaintiff REC is a corporation organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business located in Arlington, Virginia.

3. Defendant HTC is a corporation organized and existing under the laws of the state of Washington, with its principal place of business located at 13920 SE Eastgate Way, Suite 400, Bellevue, WA 98005.  HTC makes, uses, sells, offers for sale, and/or imports into the United States certain products that infringe one or more claims of the '936 Patent.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code, §§ 271 and 281, et seq.  This Court has original subject matter jurisdiction over this patent infringement action under 28 U.S.C. §§ l33l and 1338(a).

5. Venue is proper in this district under 28 U.S.C. §§ l39l and 1400(b).  Defendant is a citizen of Washington and this district, has transacted business in this district, has committed acts of patent infringement in this district, and has placed its infringing products and services into the stream of commerce throughout the United States with the expectation that they will be used by consumers in this judicial district.

6. Defendant is subject to personal jurisdiction in Washington and this judicial district, and is doing business in this judicial district.

## COUNT I

## INFRINGEMENT OF THE '936 PATENT

7. Plaintiff repeats and realleges the allegations of paragraphs 1 through 6 as if fully set forth herein.

8. On December 29, 1998, the U.S. Patent and Trademark Office duly and lawfully issued the '936 Patent.

9. Plaintiff is the exclusive licensee of the '936 Patent and the invention described and claimed therein, with all substantial rights with respect thereto.  Plaintiff has the legal right

1  to enforce the '936 Patent, including the right to pursue an action for infringement of the '936
2  Patent and the right to seek damages, equitable relief, and any other remedies for, or with respect
3  to, any infringement of the '936 Patent.
4      10.    Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant
5  has infringed the '936 Patent by making, using, selling, offering for sale, and/or importing
6  methods and/or products forming an association in the manner claimed by the '936 Patent,
7  including, but not limited to, the HTC myTouch 3G mobile phone.
8      11.    Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to recover damages from
9  Defendant to compensate Plaintiff for Defendant's infringement.

## JURY DEMAND

Plaintiff demands a trial by jury of all matters to which it is entitled to trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendant as follows:

A.    An adjudication that that Defendant has infringed the '936 patent;

B.    As provided under 35 U.S.C. § 284, an award of damages to be paid by Defendant to Plaintiff adequate top compensate Plaintiff for Defendant's infringement of the '936 Patent, including pre- and post-judgment interest, costs, expenses, and an order for an accounting of all infringing acts; and

C.    An award to Plaintiff of such further relief at law or in equity as the Court deems just and proper.

///
///
///
///
///

DATED this 8th day of July, 2014.

                    STOLL STOLL BERNE LOKTING & SHLACHTER P.C.


                    By: s/Timothy S. DeJong
                        **Timothy S. DeJong,** WSBA No. 20941
                        209 SW Oak Street, Suite 500
                        Portland, OR 97204
                        Telephone:  (503) 227-1600
                        Facsimle:    (503) 227-6840
                        Email:       tdejong@stollberne.com

                    **Attorneys for Plaintiff REC Software USA, Inc.**


*Of Counsel*
Kevin L. Russell
Email:  kevin@chernofflaw.com
CHERNOFF VILHAUER MCCLUNG
AND STENZEL LLP
601 SW 2nd Ave., Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 228-4373