THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington corporation,<br><br>Defendant. | Case No. 14-cv-01025-MJP<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1, Plaintiff REC Software USA, Inc. is a privately held corporation and there is no parent corporation or any publicly held corporation owning 10% or more of their stock.

DATED this 10th day of July, 2014.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
**Timothy S. DeJong,** WSBA No. 20941
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimle: (503) 227-6840
Email: tdejong@stollberne.com

**Attorneys for Plaintiff REC Software USA, Inc.**

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (14-cv-01025-MJP)

1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

*Of Counsel*
Kevin L. Russell
Email: kevin@chernofflaw.com
CHERNOFF VILHAUER MCCLUNG AND STENZEL LLP
601 SW 2nd Ave., Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT  (14-cv-01025-MJP)

2