UNITED STATES DISTRICT COURT OF WASHINGTON WESTERN DISTRICT

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>　　　　Plaintiff,<br><br>　　　　Vs.<br><br>HTC AMERICA, INC., a Washington corporation,<br><br>　　　　Defendant, | Case# 2:14-CV-01025MJP<br><br>AFFIDAVIT OF SERVICE FOR HTC AMERICA, INC., |

　　　　Brian S. Davis being first duly sworn upon oath deposes and states:

1. I am over the age of eighteen and a resident of Clark County, Washington. I am registered with Clark County as process server under #5054301.

On July 23rd 2014, at 9:45 AM I personally SERVED true and correct copies of the SUMMONS IN A CIVIL ACTION, and COMPLAINT, here in as follows:

I personally served Michelle Rowe Corporate Operations Manager for Registered Agent National Registered Agents, Inc., and by leaving a set with her as service on HTC America, Inc., located at 505 Union Avenue SE, Suite 120, Olympia WA 98501.

- 1

```
 1    I declare under penalty of perjury that the above
 2  statements are true and correct to the best of my knowledge,
 3  information, and belief.
 4                    Dated this 24th day of July, 2014
 5                                    _____
 6                                        Brian S. Davis
 7
 8       STATE OF WASHINGTON)
                              ) SS.
 9       County of Clark      )
10          I certify that I know or have satisfactory
11   evidence that Brian S. Davis is the person who appeared
12   before me, and said person acknowledged that he signed
13   this instrument and acknowledged it to be his free and
14   voluntary act for the purposes mentioned in the
15   instrument.
16       DATED: _July 24, 2014_____
17                                    _____
18                                    NOTARY PUBLIC FOR WASHINGTON
                                      My appointment expires: 2-28-17
19  Service Fee $40.00
    Mileage     $ N/C                 JANET AMY DAVIS
20  Total       $40.00                NOTARY PUBLIC
21                                    STATE OF WASHINGTON
                                      COMMISSION EXPIRES
22                                    FEBRUARY 28, 2017
23
24
25
```

- 2