THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HTC AMERICA, INC., a Washington corporation<br><br>　　　　　Defendant. | Case No. 14-cv-01025-MJP<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: August 7, 2014 |

　　　Plaintiff REC Software USA, Inc. ("plaintiff") hereby files this Unopposed Motion to Extend Deadline to Respond to Complaint, and would show as follows:

　　　1.　　On July 8, 2014, plaintiff filed its Complaint for Patent Infringement against defendant HTC America, Inc. ("defendant").

　　　2.　　On July 23, 2014, plaintiff completed service of the Summons and Complaint on defendant, and, therefore, the deadline for defendant to respond to the Complaint is currently August 13, 2014.

　　　3.　　Defendant has not yet appeared in this action. Defendant's in-house counsel contacted plaintiff's counsel and requested that the deadline for defendant to respond to the Complaint be extended by 30 days in order to allow defendant time to engage litigation counsel in connection with this action.

　　　4.　　Plaintiff does not object to such an extension and believes that that the requested extension is reasonable in light of the nature of this action and will not materially affect the

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

1  timing of the ultimate resolution of this case.  Accordingly, plaintiff now seeks to extend the
2  deadline for defendant to respond to the Complaint by 30 days, to September 12, 2014.

3       5.    Therefore, plaintiff respectfully requests that this Unopposed Motion to Extend
4  Deadline for Defendant to Respond to Complaint be granted in its entirety and that the Court
5  enter an order in the proposed form filed herewith.

6       DATED this 7th day of August, 2014.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
**Timothy S. DeJong,** WSBA No. 20941
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:  (503) 227-1600
Email:      tdejong@stollberne.com

**Attorneys for Plaintiff REC Software USA, Inc.**

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

2