THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington corporation<br><br>Defendant. | Case No. 14-cv-01025-MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

This matter is before the Court on the Unopposed Motion to Extend Deadline to Respond to Complaint (the "Unopposed Motion") filed by plaintiff REC Software USA, Inc. ("Plaintiff"). The Court, having considered this matter and the record in this case, ORDERS as follows:

The Unopposed Motion is GRANTED in all respects. Defendant HTC America, Inc., shall respond to Plaintiff's Complaint for Patent Infringement on or before September 12, 2014.

DATED this 7th day of August, 2014.

_____
Marsha J. Pechman
Chief United States District Judge

PRESENTED BY:

DATED this 7th day of August, 2014.

s/Timothy S. DeJong WSBA#20941

Attorney for Plaintiff

**ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT**

1