1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC Software USA, Inc., | CASE NO. 2:14-cv-1025-MJP |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED |
| v. | |
| HTC America, Inc., | |
| Defendant. | |

The Court has pending before it 10 cases with the same Plaintiff, REC Software USA, INC. ("REC Software cases"). The cases include:

2:14-cv-1025-MJP
2:14-cv-1047-MJP
2:14-cv-1048-MJP
2:14-cv-1050-MJP
2:14-cv-1051-MJP
2:14-cv-1053-MJP
2:14-cv-1056-MJP
2:14-cv-1059-MJP
2:14-cv-1060-MJP
2:14-cv-1062-MJP

ORDER TO SHOW CAUSE WHY CASES
SHOULD NOT BE CONSOLIDATED- 1

1 | Each case is brought against a different defendant. Each case asserts is an "action for
2 | infringement of U.S. Patent No. 5, 854,936 (the '936 Patent')". Each complaint appears largely
3 | the same as the next. This Court Orders the Parties to show cause as to why these cases should
4 | not be consolidated in the interest of judicial economy. The Parties must respond within 10 days
5 | of the date of this Order.

6 | The clerk is ordered to provide copies of this order to all counsel.

7 | Dated this 7th day of August, 2014.

*[signature]*

Marsha J. Pechman
United States District Judge