AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| REC SOFTWARE USA, INC. a Virginia corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:14-CV-1025-MJP |
| HTC AMERICA, INC., a Washington corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HTC America, Inc.                                                                                                                        .

Date:     08/18/2014                                                              /s/ Colin B. Heideman
                                                                                                *Attorney's signature*

                                                                                   Colin B. Heideman (WSBA 44,873)
                                                                                     *Printed name and bar number*

                                                                                      Knobbe Martens Olson & Bear, LLP
                                                                                       1420 Fifth Avenue, Suite 3600
                                                                                              Seattle, WA 98101

                                                                                                      *Address*

                                                                                        colin.heideman@knobbe.com
                                                                                                 *E-mail address*

                                                                                                (206) 405-2000
                                                                                               *Telephone number*

                                                                                                (206) 405-2001
                                                                                                  *FAX number*