THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINTON

AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation<br><br>           Plaintiff,<br><br>      v.<br><br>HTC AMERICA, INC., a Washington corporation<br>           Defendant. | Civil Action No.  2:14-CV-1025-MJP<br><br>DEFENDANT HTC AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE
(C14-1025MJP)

Knobbe, Martens, Olson & Bear, LLP
Fifth Avenue, Suite 3600, Seattle, WA 98101
(Tel) (206) 405-2000

-1-

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HTC America, Inc. hereby discloses that it is a wholly-owned, indirect subsidiary of HTC Corporation.  HTC Corporation has no parent corporation, and there is no publicly-held corporation that owns 10% or more of HTC Corporation's stock.

                                                  Respectfully submitted,

                                                  KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 18, 2014                    By: */s/ Colin B. Heideman*
                                                      Colin B. Heideman (WSBA 44,873)
                                                        KNOBBE, MARTENS, OLSON & BEAR, LLP
                                                        1420 Fifth Avenue, Suite 3600
                                                        Seattle, WA 98101
                                                         Email: Colin.heideman@knobbe.com
                                                        Attorneys for the Defendant HTC America, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy S. DeJong, WSBA No. 20941
STOLL STOLL BERNE LOKTING & SHLACHETER PC
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimle: (503) 227-6840
Email: tdejong@stollberne.com

Dated: August 18, 2014            By: */s/ Colin B. Heideman*
                                      Colin B. Heideman (WSBA 44,873)
                                      Colin.heideman@knobbe,com
                                      KNOBBE, MARTENS, OLSON & BEAR, LLP
                                      1420 Fifth Avenue, Suite 3600
                                      Seattle, WA 98101
                                      Email: Colin.heideman@knobbe.com
                                      Attorneys for the Defendant HTC America, Inc.

18680138