UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA., INC., a Virginia corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HTC America, Inc.,<br><br>　　　　　　　　Defendant. | CASE NO. 2:14-cv-01025-MJP<br><br>ORDER SETTING SCHEDULING CONFERENCE AND ORDER TO MEET AND CONFER |

　　　　The Court has pending before it 11 related cases with the same Plaintiff, REC Software USA, INC. ("REC Software cases"). The cases include:

　　　　2:14-cv-1025-MJP
　　　　2:14-cv-1047-MJP
　　　　2:14-cv-1048-MJP
　　　　2:14-cv-1050-MJP
　　　　2:14-cv-1051-MJP
　　　　2:14-cv-1053-MJP
　　　　2:14-cv-1056-MJP
　　　　2:14-cv-1058-MJP
　　　　2:14-cv-1059-MJP
　　　　2:14-cv-1060-MJP
　　　　2:14-cv-1062-MJP

1  The Court issued an order to show cause why the cases should not be consolidated in all
2  cases except 2:14-cv-1058-MJP. Based on a review of responses received, the Court finds good
3  cause to hold a joint status conference with all Parties. The joint status conference is set for
4  Thursday, October 9, 2014 at 9:00 A.M.
5  Prior to the status conference the Parties are ORDERED to meet and confer in order to
6  propose how a common discovery timeline should be staged and handled. The proposals should
7  be filed by Friday, October 3, 2014. The Parties should also meet and confer regarding the
8  disclosure of all or parts of the docket in the prior, allegedly related, case <u>REC Software USA,</u>
9  <u>Inc. v. Bamboo Solutions Corporation et al</u>., 2:11-cv-554-JLR (W.D. Wash.).
10  The clerk is ordered to provide copies of this order to all counsel.
11  Dated this 20th day of August, 2014.

Marsha J. Pechman
United States District Judge