THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINTON

AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation<br><br>        Plaintiff,<br><br>    v.<br><br>HTC AMERICA, INC., a Washington corporation<br>        Defendant. | Civil Action No.  2:14-CV-1025-MJP<br><br>NOTICE OF CHANGE OF ADDRESS OF DEFENDANT HTC AMERICA, INC.'s COUNSEL |

Pursuant to LCR 10(f), Defendant HTC America, Inc. ("HTC"), by and through their counsel of record, notifies the Court and all parties that HTC's counsel of record, Colin B. Heideman, has a new mailing address: 925 Fourth Avenue, Suite 2500 Seattle, WA 98104. Please update your records and serve all papers and correspondence to this new address from the date of this filing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 8, 2014          By: */s/ Colin B. Heideman*
                                       Colin B. Heideman (WSBA 44,873)
                                       KNOBBE, MARTENS, OLSON & BEAR, LLP
                                       925 Fourth Avenue, Suite 2500
                                       Seattle, WA 98104
                                       Email: Colin.heideman@knobbe.com
                                       Attorneys for the Defendant HTC America, Inc.

18715568
082114