THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation | Case No. 14-cv-01025-MJP |
| Plaintiff/Counter-Defendant, | |
| v. | **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |
| HTC AMERICA, INC., a Washington corporation | |
| Defendant/Counter-Plaintiff. | |

Plaintiff REC SOFTWARE USA, INC., ("REC") hereby answers the counterclaims set forth in defendant's Answer to Complaint and Counterclaims, as follows:

## COUNTERCLAIMS

## JURISDICTION AND VENUE

1.    Admitted.

2.    Admitted.

3.    Admitted.

## PARTIES

4.    Admitted.

5.    Admitted.

**PLAINTIFF'S ANSWER TO
DEFENDANT'S COUNTERCLAIMS** (14-cv-01025-MJP)
Page 1

## FIRST CLAIM FOR RELIEF: DECARATORY JUDGMENT OF
## NONINFRINGEMENT OF THE '936 PATENT

6.      REC repeats and re-alleges each of the answers contained in paragraphs 1 through 5 above as if fully set forth herein.

7.      REC admits that it has asserted claims that HTC infringes the '936 Patent.  REC admits that HTC denies infringement.

8.      Denied.

9.      REC admits that defendant seeks the relief alleged in paragraph 9, but denies that defendant is entitled to any relief.  REC denies that defendant has not infringed the '936 Patent.

## FIRST CLAIM FOR RELIEF: DECARATORY JUDGMENT OF
## INVALIDITY OF THE '936 PATENT

10.     REC repeats and re-alleges each of the answers to counterclaims contained in paragraphs 1 through 9 above as if fully set forth herein.

11.     REC admits that it has asserted claims that HTC infringes the '936 Patent.  REC admits that HTC denies infringement.

12.     Denied.

13.     REC admits that defendant seeks the relief alleged in paragraph 13, but denies that defendant is entitled to any relief.  REC denies that the claims of the '936 Patent are invalid.

## AFFIRMATIVE DEFENSES

12.     Defendant's counterclaims fail to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

Wherefore, having fully answered defendant's counterclaims, REC prays for relief as follows:

A.      That defendant's counterclaims be dismissed with prejudice;

B.      That judgment be entered granting the relief requested in REC's Complaint;

////

**PLAINTIFF'S ANSWER TO**
**DEFENDANT'S COUNTERCLAIMS** (14-cv-01025-MJP)
Page 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

1    C.      That REC be awarded its costs in this action; and

2    D.      For such other relief as this Court may deem proper.

3    DATED this 6th day of October, 2014.

4
                                    STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
5

6                                   By:  s/Timothy S. DeJong
                                         **Timothy S. DeJong,** WSBA No. 20941
7                                        209 SW Oak Street, Suite 500
                                         Portland, OR 97204
8                                        Telephone:  (503) 227-1600
                                         Email:      tdejong@stollberne.com
9
                                    **Attorneys for Plaintiff/Counter-Defendant REC**
10                                  **Software USA, Inc.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PLAINTIFF'S ANSWER TO**
**DEFENDANT'S COUNTERCLAIMS** (14-cv-01025-MJP)
Page 3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 6, 2014 I caused to be electronically filed

3

the foregoing **PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

4

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

5

to registered CM/ECF participants.

6

7

DATED this 6th day of October, 2014.

8

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

9

10

By:  s/Timothy S. DeJong

11

**Timothy S. DeJong,** WSBA No. 20941
209 SW Oak Street, Suite 500

12

Portland, OR 97204
Telephone:  (503) 227-1600

13

Email:        tdejong@stollberne.com

14

**Attorneys for Plaintiff/Counter-Defendant REC
Software USA, Inc.**

15

16

17

18

19

20

21

22

23

24

25

26

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840