THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington corporation<br><br>Defendant. | Case No. 14-cv-01025-MJP<br><br>JOINT STATUS REPORT |

Pursuant to the Court's minutes entry of October 14, 2014 (*see* Dkt. #21), the parties submit this joint status report memorializing the following issues discussed at the status conference held October 9, 2014.

<u>Periodic judicial conference</u>. The parties agree to conduct periodic conferences with the Court every 90 days. The parties will propose a date for the first such conference when the parties submit a case schedule on November 14, 2014.

<u>Proposed system for consolidated filings</u>. The parties agree that the eleven cases filed by Plaintiff in this District bearing Case numbers 2:14-cv-1025-MJP, 2:14-cv-1047-MJP, 2:14-cv-1048-MJP, 2:14-cv-1050-MJP, 2:14-cv-1051-MJP, 2:14-cv-1053-MJP, 2:14-cv-01056-MJP, 2:14-cv-01058-MJP, 2:14-cv-1059-MJP, 2:14-cv-1060-MJP, 2:14-cv-1062-MJP, may be consolidated for discovery purposes, which will allow filings in a single case. Per Local Civil

JOINT STATUS REPORT - (14-cv-01025-MJP)
Page - 1

Rule 42(a), the parties will file a stipulated motion in the earliest-filed case no later than November 14, 2014.

<u>Unified filing practice</u>. The parties disagree with respect to the scope of any unified filing practice.

Using the optional procedure established in LCR 37(a)(2) for motions related to discovery, the defendants agree to consent to this District's unified filing practice for purposes of discovery motions. Although the defendants maintain that it would be prohibitively inefficient to use this practice designed for discovery motions for more complex case filings, such as claim construction briefing or dispositive motions, the defendants agree and intend to work with Plaintiff in good faith to identify any additional motions and filings that could be made subject to the unified filing process (e.g., after Plaintiff serves its infringement contentions and the defendants are able to determine what features/functionalities are accused of infringement). Defendants have every intention of coordinating filings with each other wherever possible, for example by filing joint briefs or motions when appropriate.

Plaintiff believes that judicial efficiency is best served by implementing a coordinated, unified filing practice pursuant to which the defendants would confer amongst themselves prior to filing any motion and file a single joint motion with respect to all common issues. For example, to the extent that any defendant intended to file a motion for summary judgment with respect to the validity of the asserted patent, then only one unified, joint motion and memorandum would be filed as to all defendants in all of the above-referenced cases. Such a practice would clarify the issues in dispute and minimize the burden on the Court. Accordingly, plaintiff agrees to a coordinated, unified filing practice that would extend beyond discovery motions to require defendants to coordinate their efforts and submit a single, unified, joint motion and memorandum with respect to any common issue—including any motions by defendants that would address the same pleading, procedural matter (*e.g.*, claim construction), or

JOINT STATUS REPORT - (14-cv-01025-MJP)
Page - 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

legal or factual issue—with limited supplemental memoranda permissible, if necessary, to address issues that may be unique to a particular defendant.  Plaintiff does not believe that the optional expedited joint discovery motion procedure provided for in LCR 37(a)(2) is an appropriate procedure or model to be adopted with respect to any coordinated, unified filing practice in the instant cases.

DATED this 23rd day of October, 2014.

| STOLL STOLL BERNE LOKTING<br>& SHLACHTER P.C. | KNOBBE MARTENS OLSON<br>& BEAR, LLP |
|---|---|
| By:  s/Timothy S. DeJong<br>     **Timothy S. DeJong**, WSBA No. 20941<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone:  (503) 227-1600<br>Email:tdejong@stollberne.com | By:  s/Colin B. Heideman<br>     **Colin B. Heideman**, WSBA No.: 44873<br>Email: colin.heideman@knobbe.com<br>925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104<br>Phone: (206) 405-2000 |
| **Attorneys for Plaintiff/Counter-Defendant REC Software USA, Inc.** | **Irfan A. Lateef** (admitted *pro hac vice*)<br>**Kendall M. Loebbaka** (admitted *pro hac vice*)<br>KNOBBE MARTENS OLSON<br>& BEAR, LLP<br>2040 Main St 14th Floor<br>Irvine, CA 92614<br>Ph: 949-760-0404<br>Email:  Irfan.lateef@knobbe.com<br>          Kendall.Loebbaka@knobbe.com<br><br>**Attorneys for Defendant/Counter-Plaintiff HTC America, Inc.** |

JOINT STATUS REPORT - (14-cv-01025-MJP)
Page - 3

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840