THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington corporation,<br><br>Defendant. | Case No. 14-cv-01025-MJP<br><br>**STIPULATED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES**<br><br>NOTE ON MOTION CALENDAR: November 13, 2014 |

Pursuant to Fed. R. Civ. P. 42 and Local Civil Rule 42(a), plaintiff REC Software USA, Inc. ("REC" or "Plaintiff") and defendant HTC America, Inc. ("HTC" or "Defendant") stipulate and agree that the following cases filed by Plaintiff in this District (the "Related Cases") may be consolidated for discovery purposes:

Case No. 14-cv-1025-MJP;

Case No. 14-cv-1047-MJP;

Case No. 14-cv-1048-MJP;

Case No. 14-cv-1050-MJP;

Case No. 14-cv-1053-MJP;

Case No. 14-cv-1056-MJP;

Case No. 14-cv-1059-MJP;

Case No. 14-cv-1060-MJP; and

Case No. 14-cv-1062-MJP.

**STIPULATED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES** - (14-cv-01025-MJP)
Page - 1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

1  The Related Cases involve common issues of fact and law.  Consolidation of the Related Cases
2  for discovery purposes will avoid unnecessary cost and delay.
3      Counsel for Plaintiff and Defendant have conferred with counsel for all parties to the
4  Related Cases, and all parties to the Related Cases consent to the consolidation of the Related
5  Cases for discovery purposes.  Notice of this motion will be filed in each of the Related Cases.
6      This motion does not request the consolidation of Case No. 2:14-cv-01058-MJP.  It is the
7  understanding of undersigned counsel that the defendant in that case, Pantech Wireless, Inc., has
8  filed, or intends to file, a motion to stay that lawsuit.
9  IT IS SO STIPULATED.
10     DATED this 13th day of November, 2014.

| | |
|---|---|
| STOLL STOLL BERNE LOKTING<br>& SHLACHTER P.C. | KNOBBE MARTENS OLSON<br>& BEAR, LLP |
| By:  s/Timothy S. DeJong<br>    **Timothy S. DeJong**, WSBA No. 20941<br>    209 SW Oak Street, Suite 500<br>    Portland, OR 97204<br>    Telephone: (503) 227-1600<br>    Email: tdejong@stollberne.com | By:  s/Colin B. Heideman<br>    **Colin B. Heideman**, WSBA No.: 44873<br>    925 Fourth Avenue, Suite 2500<br>    Seattle, WA 98104<br>    Telephone: (206) 405-2000<br>    Email: colin.heideman@knobbe.com |
| **Attorneys for Plaintiff/Counter-Defendant<br>REC Software USA, Inc.** | **Attorneys for Defendant/Counter-Plaintiff<br>HTC America, Inc.** |
| **Vincent M. Ferraro** (admitted *pro hac vice*)<br>**Scott D. Stimpson** (admitted *pro hac vice*)<br>**David C. Lee** (admitted *pro hac vice*)<br>**Katherine M. Lieb** (admitted *pro hac vice*)<br>Sills Cummis & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone:  (212) 500-1550<br>Email:    vferraro@sillscummis.com<br>           sstimpson@sillscummis.com<br>           dlee@sillscummis.com<br>           klieb@sillscummis.com | **Eugene Mar** (admitted *pro hac vice*)<br>**Rochelle L. Woods** (admitted *pro hac vice*)<br>**James W. Morando** (admitted *pro hac vice*)<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 954-4937<br>Email:    EMar@fbm.com<br>           RWoods@fbm.com<br>           JMorando@fbm.com |
| **Attorneys for Defendant Casio Computer<br>Co., Ltd.** | **Attorneys for Defendants/Counter-plaintiffs<br>Dell Inc. and Dell Products L.P.** |

**STIPULATED MOTION TO CONSOLIDATE FOR<br>DISCOVERY PURPOSES** - (14-cv-01025-MJP)<br>Page - 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.<br>209 S.W. OAK STREET, SUITE 500<br>PORTLAND, OREGON 97204<br>TEL. (503) 227-1600   FAX (503) 227-6840

| | | |
|---|---|---|
| 1 | **Franklin D. Cordell** (admitted *pro hac vice*) | **Andrew C. Sonu** (admitted *pro hac vice*) |
| 2 | **Jeffrey M. Thomas** (admitted *pro hac vice*) | **John Mulcahy** (admitted *pro hac vice*) |
|   | Gordon Tilden Thomas & Cordell LLP | FINNEGAN, HENDERSON, FARABOW, |
| 3 | 1001 Fourth Avenue, Suite 4000 | GARRETT & DUNNER, LLP |
|   | Seattle, WA 98154 | Two Freedom Square |
| 4 | Telephone:   (206) 467-6477 | 11955 Freedom Drive |
|   | Email:       gcordell@gordontilden.com | Reston, VA 20190 |
| 5 |              jthomas@gordontilden.com | Telephone: (571) 203-2700 |
|   |   | Email:       andy.sonu@finnegan.com |
| 6 | **Attorneys for Defendant/Counter-plaintiff** |              john.mulcahy@finnegan.com |
| 7 | **Huawei Device USA Inc., Huawei** |   |
|   | **Technologies USA, Inc. and Futurewei** | **Attorneys for Defendants LG Electronics** |
| 8 | **Technologies, Inc.** | **U.S.A., Inc., LG Electronics Mobile Research** |
|   |   | **U.S.A., L.L.C.,  and LG Electronics** |
| 9 |   | **MobileComm U.S.A., Inc.** |
| 10 | **Ryan J. McBrayer** #28338 |   |
|   | **Christina J. McCullough** #47147 |   |
| 11 | Perkins Coie LLP | **Gregory F. Wesner**, WSBA No.: 30241 |
|   | 1201 Third Avenue, Suite 4900 | **Tiffany Scott Connors**, WSBA No.: 41740 |
| 12 | Seattle, WA 98101-3099 | LANE POWELL PC |
|   | Telephone:  (206) 359-3073 | 1420 Fifth Ave, Suite 4200 |
| 13 | Email:       RMcBrayer@perkinscoie.com | P.O. Box 91302 |
|   |              CMcCullough@perkinscoie.com | Seattle, WA 98111-9402 |
| 14 |   | Phone:         (206) 223-7000 |
| 15 | **Attorneys for Defendant/Counter-Plaintiff** | Email:       wesnerg@lanepowell.com |
|   | **Motorola Mobility, LLC** |              connorst@lanepowell.com |
| 16 |   |   |
| 17 |   | **Attorneys for Defendant/Counter-plaintiff** |
|    | **Stellman Keehnel**, WSBA No. 9309 | **Sony Mobile Communications (USA) Inc.** |
| 18 | **Andrew R. Escobar**, WSBA No. 42793 |   |
|    | DLA PIPER LLP (US) |   |
| 19 | 701 Fifth Avenue, Suite 7000 | **Jacqueline M. Lee** (admitted *pro hac vice*) |
|    | Seattle, Washington 98104 | Everett Upshaw |
| 20 | Telephone:  (206) 839-4800 | Law Office of Everett Upshaw, PLLC |
|    | Email:       stellman.keehnel@dlapiper.com | 811 S. Central Expressway, Suite 307 |
| 21 |              andrew.escobar@dlapiper.com | Richardson, TX 75080 |
| 22 |   | Telephone: (214) 680-6005 |
|    | **Attorneys for Defendants Samsung** | Email:       jacquelinelee@everettupshaw.com |
| 23 | **Electronics America, Inc., Samsung** |   |
|    | **Information Systems America, Inc.,** | **Attorneys for Defendant/Counter-plaintiff** |
| 24 | **Samsung Telecommunications America,** | **ZTE (USA) Inc.** |
|    | **LLC, Samsung Electronics Co., Ltd.** |   |
| 25 |   |   |
| 26 |   |   |

**STIPULATED MOTION TO CONSOLIDATE FOR
DISCOVERY PURPOSES** - (14-cv-01025-MJP)
Page - 3