THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington corporation<br><br>Defendant. | Case No. 14-cv-01025-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES** |

This matter is before the Court on the parties' STIPULATED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES (the "Stipulated Motion"). The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS ORDERED that the following related cases presently before the Court are consolidated for discovery purposes:

| | |
|---|---|
| *REC Software USA, Inc. v. HTC America, Inc..,* | Case No. 14-cv-1025-MJP |
| *REC Software USA, Inc. v. Casio Computer Co. Ltd.,* | Case No. 14-cv-1047-MJP |
| *REC Software USA, Inc. v. Dell Inc. et al.,* | Case No. 14-cv-1048-MJP |
| *REC Software USA, Inc. v. Huawei Device USA Inc. et al.,* | Case No. 14-cv-1050-MJP |
| *REC Software USA, Inc. v. LG Electronics USA Inc. et al.,* | Case No. 14-cv-1053-MJP |
| *REC Software USA, Inc. v. Motorola Mobility LLC,* | Case No. 14-cv-1056-MJP |
| *REC Software USA, Inc. v. Samsung Electronics America, Inc. et al.,* | Case No. 14-cv-1059-MJP |
| *REC Software USA Inc. v. Sony Mobile Communications (USA) Inc.,* | Case No. 14-cv-1060-MJP |
| *REC Software, Inc. v. ZTE (USA) Inc.,* | Case No. 14-cv-1062-MJP |

IT IS FURTHER ORDERED that all pleadings, motions, and other papers relating to discovery matters shall be filed only in *REC Software USA, Inc. v. HTC America, Inc..*, U.S.

1  District Court, Western District of Washington, Case No. 14-cv-1025-MJP (the "Lead Case"),
2  with the caption designating Case No. 14-cv-1025-MJP as the "Lead Case" and containing the
3  name and number for all other cases ("Non-Lead Cases"), as set forth above, with any such filing
4  deemed to have been filed in all such cases.

5  DATED this 14th day of November, 2014.

*(signature)*
Marsha J. Pechman
Chief United States District Judge

10  PRESENTED BY:

11  DATED this 13th day of November, 2014.

12  s/Timothy S. DeJong WSBA#20941
    tdejong@stollberne.com

13  Attorney for Plaintiff

15  s/Colin B. Heideman, WSBA#44873
    colin.heideman@knobbe.com

16  Attorney for defendant HTC America, Inc.

18  s/Ryan J. McBrayer, WSBA #28338
    RMcBrayer@perkinscoie.com

19  Attorney and Coordinator for Defendants in All Related Cases

**ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES [14-cv-01025-MJP]**
- 2