The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation, | CASE NO. 14-CV-1025-MJP ("Lead Case") |
| | CASE NO. 14-CV-1047-MJP |
| Plaintiff, | CASE NO. 14-CV-1048-MJP |
| | CASE NO. 14-CV-1050-MJP |
| v. | CASE NO. 14-CV-1053-MJP |
| | CASE NO. 14-CV-1056-MJP |
| HTC AMERICA, INC.; CASIO COMPUTER | CASE NO. 14-CV-1059-MJP |
| CO. LTD.; DELL INC. ET AL.; HUAWEI | CASE NO. 14-CV-1060-MJP |
| DEVICE USA INC. ET AL.; LG | CASE NO. 14-CV-1062-MJP |
| ELECTRONICS USA INC. ET AL.; | |
| MOTOROLA MOBILITY LLC; SAMSUNG | **CERTIFICATE OF SERVICE** |
| ELECTRONICS AMERICA, INC. ET AL.; | |
| SONY MOBILE COMMUNICATIONS | |
| (USA) INC.; and ZTE (USA) INC., | |
| | |
| Defendants. | |

I hereby certify that on this day I electronically filed the Application for Leave to Appear Pro Hac Vice (for Everett McClyde Upshaw) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy S. DeJong
Stoll Stoll Berne Lokting & Shlachter P.C.
209 S.W. Oak Street, Suite 500
Portland, OR  97204
*tdejong@stollberne.com*
Attorney for Plaintiff

CERTIFICATE OF SERVICE - 1
CASE NO. 14-CV-1025-MJP ("LEAD CASE")

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4850-1185-5136.1

Jacqueline M. Lee, Of Counsel
Upshaw, PLLC
811 S. Central Expressway, Suite 307
Richardson, TX 75080
*jacquelinelee@everettupshaw.com*
Pro Hac Vice Attorney for Defendant ZTE (USA) Inc.

DATED this 18th day of November, 2014.

*/s/ Denise Brandenstein*
Denise Brandenstein, Legal Assistant

CERTIFICATE OF SERVICE - 2
CASE NO. 14-CV-1025-MJP ("LEAD CASE")

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4850-1185-5136.1