The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICAN, INC.; CASIO COMPANUTER CO. LTD.; DELL INC., ET AL.; HUAWEI DEVICE USA, INC., ET AL.; LG ELECTRONICS USA INC., ET AL.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS AMERICA, INC., ET AL.; SONY MOBILE COMMUNICATIONS (USA) INC.; and ZTE (USA) INC.,<br><br>Defendants. | NO.  2:14-cv-01025-MJP ("Lead Case")<br>NO.  2:14-cv-01047-MJP<br>NO.  2:14-cv-01048-MJP<br>NO.  2:14-cv-01050-MJP<br>NO.  2:14-cv-01053-MJP<br>NO.  2:14-cv-01056-MJP<br>NO.  2:14-cv-01059-MJP<br>NO.  2:14-cv-01060-MJP<br>NO.  2:14-cv-01062-MJP<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HUAWEI DEVICE USA, INC.; HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES, INC. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei Device USA Inc. hereby states that it is a wholly owned subsidiary of Huawei Device (Hong Kong) Co., Limited.  No publicly held company owns 10% or more of Huawei Device USA Inc.'s stock.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HUAWEI DEVICE USA, INC.; HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES, INC. - 1
No. 2:14-cv-01025-MJP ("Lead Case")

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei Technologies USA Inc. hereby states that it is a wholly owned subsidiary of Huawei Coöperatief U.A.  No publicly held company owns 10% or more of Huawei Technologies USA Inc.'s stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Futurewei Technologies, Inc. states that it is a wholly owned subsidiary of Huawei Technologies Coöperatief U.A. and that no publicly held company owns 10% or more of Futurewei Technologies, Inc.'s stock.

DATED this 24th day of November, 2014.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Huawei Device USA, Inc., Huawei Technologies USA, Inc., and  Futurewei Technologies, Inc.

By  *s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Jeffrey M. Thomas, WSBA #21175
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone:  (206) 467-6477
Facsimile:   (206) 467-6292
Email:  fcordell@gordontilden.com
Email:  jthomas@gordontilden.com

CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HUAWEI DEVICE USA, INC.; HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES, INC. - 2
No. 2:14-cv-01025-MJP ("Lead Case")

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**LEE TRAN & LIANG LLP**
Attorneys for Defendants Huawei Device USA, Inc., Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.

By  *s/Lauren Sliger*
Enoch H. Liang, CBA#212324*
Lauren Sliger, CBA#213880*
Edward S. Quon, CBA#214197*
Roozbeh Gorgin, CBA#276066*
Telephone:  (206) 467-6477
Facsimile:   (206) 467-6292
Email:  enoch.liang@ltlattorneys.com;
Email:  lauren.sliger@ltlattorneys.com;
Email:  Edward.quon@ltlattorneys.com;
Email:  Roozbeh.gorgin@ltleattorneys.com;
*Admitted Pro Hac Vice*

CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HUAWEI DEVICE USA, INC.; HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES, INC. - 3
No. 2:14-cv-01025-MJP ("Lead Case")

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C Sonu | andy.sonu@finnegan.com |
| Andrew Ramiro Escobar | andrew.escobar@dlapiper.com, karen.hansen@dlapiper.com |
| Benjamin J. Setnick | bensetnick@andrewskurth.com, debbiereese@andrewskurth.com |
| Christina J McCullough | CMcCullough@perkinscoie.com, DocketSEA@perkinscoie.com, ypoletaeva@perkinscoie.com |
| Christopher M Kurpinski | christopher.kurpinski@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| Colin Barry Heideman | 2cbh@knobbe.com, colin.heideman@knobbe.com, litigation@knobbe.com |
| David C. Lee | dlee@sillscummis.com |
| Eric David Lansverk | edl@hcmp.com, ms@hcmp.com |
| Erik Fuehrer | erik.fuehrer@dlapiper.com, christine.kunis@dlapiper.com |
| Eugene Mar | EMar@fbm.com, MClaros@fbm.com |
| Forrest A Jones | forrest.jones@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| Frank A DeCosta | frank.decosta@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| Gregory F Wesner | wesnerg@lanepowell.com, brownj@lanepowell.com, docketing-sea@lanepowell.com |
| Irfan A Lateef | irfan.lateef@knobbe.com, Litigation@knobbe.com |
| Jacqueline M. Lee | jacquelinelee@everettupshaw.com, contact@everettupshaw.com |
| James V. Mahon | jamesmahon@andrewskurth.com |
| James W Morando | JMorando@fbm.com, bheuss@fbm.com, Calendar@fbm.com |
| John Mulcahy | john.mulcahy@finnegan.com |
| John H Jamnback | jjamnback@yarmuth.com, sstephens@yarmuth.com |
| John H. McDowell | johnmcdowell@andrewskurth.com, debbiereese@andrewskurth.com |
| Julia Donna Woog | jwoog@yarmuth.com, kkennedy@yarmuth.com |
| Katherine M. Lieb | klieb@sillscummis.com |
| Kendall M Loebbaka | Kendall.Loebbaka@knobbe.com, Litigation@knobbe.com |
| Michael J. Engle | MEngle@perkinscoie.com, mheap@perkinscoie.com |
| Michael Ramsey Scott | michael.scott@hcmp.com, suzanne.powers@hcmp.com |
| Molly A Terwilliger | mollyt@summitlaw.com, deniseb@summitlaw.com |
| Nicholas Thomas | nthomas@mhlseattle.com, eortiz@mhlseattle.com, mstark@mhlseattle.com |
| Rochelle Woods | RWoods@fbm.com, ecruger@fbm.com |

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS HUAWEI DEVICE USA, INC.; HUAWEI
TECHNOLOGIES USA, INC., AND FUTUREWEI
TECHNOLOGIES, INC. - 4
No. 2:14-cv-01025-MJP ("Lead Case")

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

| | |
|---|---|
| Ryan McBrayer | RMcBrayer@perkinscoie.com, docketsea@perkinscoie.com, NReynolds@perkinscoie.com |
| Scott D Stimpson | sstimpson@sillscummis.com |
| Stellman Keehnel | stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| Thomas R Merrick | tmerrick@mhlseattle.com, mbrandt@mhlseattle.com |
| Tiffany Scott Connors | connorst@lanepowell.com, docketing-SEA@lanepowell.com, hooperl@lanepowell.com, sheaffers@lanepowell.com |
| Timothy S DeJong | tdejong@ssbls.com, abuck@ssbls.com |
| Vincent M. Ferraro | vferraro@sillscummis.com |

      s/ *Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS HUAWEI DEVICE USA, INC.; HUAWEI
TECHNOLOGIES USA, INC., AND FUTUREWEI
TECHNOLOGIES, INC. - 5
No. 2:14-cv-01025-MJP ("Lead Case")

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292