THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC., et al., <br><br> Defendants. | Case No. 14-cv-01025-MJP (Lead Case) <br><br> **NOTICE OF APPEARANCE** <br><br> 14-cv-1047-MJP (Non-Lead Case) <br> 14-cv-1048-MJP (Non-Lead Case) <br> 14-cv-1050-MJP (Non-Lead Case) <br> 14-cv-1053-MJP (Non-Lead Case) <br> 14-cv-1056-MJP (Non-Lead Case) <br> 14-cv-1059-MJP (Non-Lead Case) <br> 14-cv-1060-MJP (Non-Lead Case) <br> 14-cv-1062-MJP (Non-Lead Case) |
| Case Computer Co., LTD, et al., <br><br> Counter Claimants, <br> v. <br><br> REC Software USA, Inc. <br><br> Counter Defendant. | |

PLEASE TAKE NOTICE of the appearance of Keith Scully and Derek Linke of the law firm Newman Du Wors LLP, as attorney for Plaintiff in the Lead and Non-Lead Cases captioned above, in addition to Timothy S. DeJong and Stoll Stoll Berne Lokting & Shlachter, P.C. Pursuant to the rules of this Court, all pleadings, papers and other materials relevant to this action should be directed to and served upon counsel at the address referenced below.

NOTICE OF APPEARANCE- 1    NEWMAN DU WORS LLP    1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1  Dated November 25, 2014.

3  Respectfully Submitted,

   **NEWMAN DU WORS LLP**

   By: _____
   Keith Scully, WSBA No. 28677
   Derek Linke, WSBA No. 38314

   Attorneys for Plaintiff

NOTICE OF APPEARANCE- 2        **NEWMAN DU WORS LLP**    1201 Third Avenue, Suite 1600
                                                         Seattle, Washington 98101
                                                         (206) 274-2800