THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| REC SOFTWARE USA, INC., | Case No. 14-cv-01025-MJP (Lead Case) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | 14-cv-1047-MJP (Non-Lead Case) |
| HTC AMERICA, INC., et al., | 14-cv-1048-MJP (Non-Lead Case) |
| | 14-cv-1050-MJP (Non-Lead Case) |
| Defendants. | 14-cv-1053-MJP (Non-Lead Case) |
| Case Computer Co., LTD, et al., | 14-cv-1056-MJP (Non-Lead Case) |
| | 14-cv-1059-MJP (Non-Lead Case) |
| Counter Claimants, | 14-cv-1060-MJP (Non-Lead Case) |
| v. | 14-cv-1062-MJP (Non-Lead Case) |
| REC Software USA, Inc. | |
| Counter Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22

23    PLEASE TAKE NOTICE of the appearance of Keith Scully and Derek Linke of

24  the law firm Newman Du Wors LLP, as attorney for Plaintiff in the Lead and Non-Lead

25  Cases captioned above, in addition to Timothy S. DeJong and Stoll Stoll Berne Lokting &

26  Shlachter, P.C. Pursuant to the rules of this Court, all pleadings, papers and other

27  materials relevant to this action should be directed to and served upon counsel at the

28  address referenced below.

NOTICE OF APPEARANCE- 1          **NEWMAN DU WORS LLP**          1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1    Dated November 25, 2014.

2

3                                    Respectfully Submitted,

4

5                                    **NEWMAN DU WORS LLP**

6               By:

7                                    Keith Scully, WSBA No. 28677
                                     Derek Linke, WSBA No. 38314
8

9                                    Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE- 2          **NEWMAN DU WORS LLP**      1201 Third Avenue, Suite 1600
                                                            Seattle, Washington 98101
                                                            (206) 274-2800