The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REC Software USA, Inc., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington corporation, et al.,<br><br>Defendants. | NO. 14-cv-01025-MJP (Lead Case)<br><br>14-cv-1047-MJP (Non-Lead Case)<br>14-cv-1048-MJP (Non-Lead Case)<br>14-cv-1050-MJP (Non-Lead Case)<br>14-cv-1053-MJP (Non-Lead Case)<br>14-cv-1056-MJP (Non-Lead Case)<br>14-cv-1059-MJP (Non-Lead Case)<br>14-cv-1060-MJP (Non-Lead Case)<br>14-cv-1062-MJP (Non-Lead Case)<br><br>NOTICE OF WITHDRAWAL<br><br>**Clerk's Action Required** |

TO: The Clerk of the Court; and

AND TO: All parties and counsel of record.

YOU AND EACH OF YOU PLEASE TAKE NOTICE that Mr. Vincent M. Ferraro hereby withdraws as attorney of record for Defendant / Counterclaimant Casio Computer Co., Ltd. ("Casio"). Mr. Ferraro is no longer with the law firm of Sills, Cummis & Gross P.C., which law firm represents Casio in this matter. All other counsel appearing on behalf of Casio --

NOTICE OF WITHDRAWAL - 1
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\526\440 - REC V. CASIO\PLEADINGS\NOTICE OF WITHDRAWAL - CASE 01025

1  including all other attorneys with Sills, Cummis & Gross -- remain as attorneys of record for
2  Casio.

3  DATED this 11th day of December, 2014.

5  /s/ Vincent M. Ferraro
   Vincent M. Ferraro, NYSBA #5178223
6  (admitted *pro hac vice*)

7  MERRICK, HOFSTEDT & LINDSEY, P.S.

9  By /s/Nicholas G. Thomas
   Thomas R. Merrick, WSBA #10945
10 tmerrick@mhlseattle.com
   Nicholas G. Thomas, WSBA #42154
11 nthomas @mhlseattle.com
   3101 Western Ave., Ste. 200
12 Seattle, WA  98121
   Phone:  206-682-0610
13 Fax:  206-467-2689

15 SILLS CUMMIS & GROSS P.C.

16 Scott D. Stimpson (admitted *pro hac vice*)
   sstimpson@sillscummis.com
17 Katherine M. Lieb (admitted *pro hac vice*)
   klieb@sillscummis.com
18 David C. Lee (admitted *pro hac vice*)
   dlee@sillscummis.com
19 101 Park Avenue, 28th Floor
   New York, New York 10178
20 Phone:  212-643-7000
   Fax:  212-643-6500

21 Attorneys for Defendant Casio Computer Co., Ltd.

NOTICE OF WITHDRAWAL - 2
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON  98121
(206) 682-0610

L:\526\440 - REC V. CASIO\PLEADINGS\NOTICE OF WITHDRAWAL - CASE 01025

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Stellman Keehnel | stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| Michael Ramsey Scott | michael.scott@hcmp.com, suzanne.powers@hcmp.com |
| Eric David Lansverk | edl@hcmp.com, ms@hcmp.com |
| Jeffrey M. Thomas | jthomas@gordontilden.com, chudson@gordontilden.com |
| Timothy S. DeJong | tdejong@ssbls.com, abuck@ssbls.com |
| Franklin Dennis Cordell | fcordell@gordontilden.com, jlucien@gordontilden.com |
| Keith P. Scully | keith@newmanlaw.com, charlotte@newmanlaw.com, docketing@newmanlaw.com, sarah@newmanlaw.com |
| James W. Morando | JMorando@fbm.com, Calendar@fbm.com, bheuss@fbm.com |
| John H. Jamnback | jjamnback@yarmuth.com, sstephens@yarmuth.com |
| Gregory F. Wesner | wesnerg@lanepowell.com, brownj@lanepowell.com, docketing-sea@lanepowell.com |
| Molly A. Terwilliger | mollyt@summitlaw.com, deniseb@summitlaw.com, kristeno@summitlaw.com |
| Ryan McBrayer | RMcBrayer@perkinscoie.com, NReynolds@perkinscoie.com, docketsea@perkinscoie.com |
| Enoch H. Liang | Enoch.Liang@ltlattorneys.com, Francine.McGinity@ltlattorneys.com |
| Derek Linke | linke@newmanlaw.com, docketing@newmanlaw.com, sarah@newmanlaw.com |
| Lauren Sliger | lauren.sliger@ltlattorneys.com, edgar.martinez@ltlattorneys.com |
| Tiffany Scott Connors | connorst@lanepowell.com, docketing-SEA@lanepowell.com, hooperl@lanepowell.com, sheaffers@lanepowell.com |
| Andrew Ramiro Escobar | andrew.escobar@dlapiper.com, karen.hansen@dlapiper.com |
| Julia Donna Woog | jwoog@yarmuth.com, kkennedy@yarmuth.com |

NOTICE OF WITHDRAWAL - 3
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\526\440 - REC V. CASIO\PLEADINGS\NOTICE OF WITHDRAWAL - CASE 01025

| | | |
|---|---|---|
| 1 | Michael J. Engle | MEngle@perkinscoie.com, mheap@perkinscoie.com |
| 2 | Colin Barry Heideman | 2cbh@knobbe.com, colin.heideman@knobbe.com, litigation@knobbe.com |
| 3 | | |
| 4 | Frank A. DeCosta | frank.decosta@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| 5 | Forrest A. Jones | forrest.jones@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| 6 | | |
| 7 | Christopher M. Kurpinski | christopher.kurpinski@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| 8 | | |
| 9 | John Mulcahy | john.mulcahy@finnegan.com |
| 10 | Andrew C Sonu | andy.sonu@finnegan.com |
| 11 | Rochelle Woods | RWoods@fbm.com, ecruger@fbm.com |
| 12 | Eugene Mar | EMar@fbm.com, MClaros@fbm.com |
| 13 | Scott D Stimpson | sstimpson@sillscummis.com |
| 14 | Vincent M. Ferraro | vferraro@sillscummis.com |
| 15 | David C. Lee | dlee@sillscummis.com |
| 16 | Katherine M. Lieb | klieb@sillscummis.com |
| 17 | Irfan A Lateef | irfan.lateef@knobbe.com, Litigation@knobbe.com |
| 18 | Kendall M Loebbaka | Kendall.Loebbaka@knobbe.com, Litigation@knobbe.com |
| 19 | Jacqueline M. Lee | jacquelinelee@everettupshaw.com, contact@everettupshaw.com |
| 20 | Christina J McCullough | CMcCullough@perkinscoie.com, DocketSEA@perkinscoie.com, ypoletaeva@perkinscoie.com |
| 21 | Erik Fuehrer | erik.fuehrer@dlapiper.com, christine.kunis@dlapiper.com |
| 22 | John H. McDowell | johnmcdowell@andrewskurth.com, debbiereese@andrewskurth.com |
| 23 | James V. Mahon | jamesmahon@andrewskurth.com |
| 24 | Benjamin J. Setnick | bensetnick@andrewskurth.com, debbiereese@andrewskurth.com |
| 25 | | |
| 26 | Everett McClyde Upshaw | everettupshaw@everettupshaw.com, contact@everettupshaw.com |

NOTICE OF WITHDRAWAL - 4
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\526\440 - REC V. CASIO\PLEADINGS\NOTICE OF WITHDRAWAL - CASE 01025

| | | |
|---|---|---|
| 1 | Edward S Quon | edward.quon@ltlattorneys.com, edgar.martinez@ltlattorneys.com |
| 2 | Roozbeh Gorgin | roozbeh.gorgin@ltlattorneys.com, edgar.martinez@ltlattorneys.com |
| 3 4 | Kevin L. Russell | kevin@chernofflaw.com |

Merrick, Hofstedt & Lindsey, P.S.

By: /s/Michelle Stark
    Michelle Stark
    mstark@mhlseattle.com

NOTICE OF WITHDRAWAL - 5
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\526\440 - REC V. CASIO\PLEADINGS\NOTICE OF WITHDRAWAL - CASE 01025