THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation | Case No. 14-cv-01025-MJP (Lead Case) |
| Plaintiff, | **NOTICE OF FILING OF STIPULATED MOTION TO STAY PROCEEDINGS (Case No. 14-cv-1047-MJP)** |
| v. | |
| HTC AMERICA, INC., a Washington corporation | |
| Defendant. | |
| REC Software USA, Inc. v. Casio Computer Co. Ltd. | Case No. 14-cv-1047-MJP (Non-Lead Case) |
| REC Software USA, Inc. v. Dell Inc. *et al*. | Case No. 14-cv-1048-MJP (Non-Lead Case) |
| REC Software USA, Inc. v. Huawei Device USA Inc. *et al*. | Case No. 14-cv-1050-MJP (Non-Lead Case) |
| REC Software USA, Inc. v. LG Electronics USA Inc. *et al*. | Case No. 14-cv-1053-MJP (Non-Lead Case) |
| REC Software USA, Inc. v. Motorola Mobility LLC | Case No. 14-cv-1056-MJP (Non-Lead Case) |
| REC Software USA, Inc. v. Samsung Electronics America, Inc. *et al*. | Case No. 14-cv-1059-MJP (Non-Lead Case) |
| REC Software USA Inc. v. Sony Mobile Communications (USA) Inc. | Case No. 14-cv-1060-MJP (Non-Lead Case) |
| REC Software USA, Inc. v. ZTE (USA) Inc. | Case No. 14-cv-1062-MJP (Non-Lead Case) |

**NOTICE OF FILING OF STIPULATED MOTION TO STAY PROCEEDINGS**
(14-cv-01025-MJP) (Lead Case)
Page - 1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

# NOTICE OF FILING OF STIPULATED MOTION
# TO STAY PROCEEDINGS (Case No. 14-cv-1047-MJP)

TO: CLERK AND ALL COUNSEL OF RECORD,

    Please take notice that on December 30, 2014, plaintiff REC Software USA, Inc. ("REC"), and Casio Computer Co., Ltd. ("Casio"), filed a STIPULATED MOTION TO STAY PROCEEDINGS (the "Stipulated Motion") in the Non-Lead Case entitled *REC Software USA, Inc. v. Casio Computer Co., Ltd.*, U.S. District Court, Western District of Washington, Case No. 2:14-cv-1047-MJP, asking the Court to stay all proceedings in such case for a period of 31 days in order to facilitate the ongoing settlement negotiations between REC and Casio. A copy of the Stipulated Motion is attached hereto as Exhibit A.

    DATED this 30th day of December, 2014.

                                STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                                By: /s/Timothy S. DeJong
                                    Timothy S. DeJong, WSBA No. 20941
                                209 SW Oak Street, Suite 500
                                Portland, OR 97204
                                Telephone: (503) 227-1600
                                Email: tdejong@stollberne.com

                                -AND-

                                Kevin L. Russell (admitted pro hac vice)
                                CHERNOFF, VILHAUER, MCCLUNG
                                & STENZEL, LLP
                                601 SW 2ND Avenue, Suite 1600
                                Portland, OR  97204
                                Telephone: (503) 227-5631
                                Email: kevin@chernofflaw.com

                                -AND-

                                Keith Scully, WSBA No. 28677
                                Derek Linke, WSBA No. 38314
                                NEWMAN DU WORS LLP
                                1201 Third Avenue, Suite 1600
                                Seattle, WA 98101
                                Telephone: (206) 274-2800
                                Email: keith@newmanlaw.com
                                         linke@newmanlaw.com

                                **Attorneys for REC Software USA, Inc.**

**NOTICE OF FILING OF STIPULATED
MOTION TO STAY PROCEEDINGS**
(14-cv-01025-MJP) (Lead Case)
Page - 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2014, I caused to be electronically filed the foregoing **NOTICE OF FILING OF STIPULATED MOTION TO STAY PROCEEDINGS (Case No. 14-cv-1047-MJP)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered CM/ECF participants.

DATED this 30th day of December, 2014.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: /s/Timothy S. DeJong
Timothy S. DeJong, WSBA No. 20941
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Email: tdejong@stollberne.com

-AND-

Kevin L. Russell (admitted pro hac vice)
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW 2ND Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Email: kevin@chernofflaw.com

-AND-

Keith Scully, WSBA No. 28677
Derek Linke, WSBA No. 38314
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Email: keith@newmanlaw.com
linke@newmanlaw.com

**Attorneys for REC Software USA, Inc.**

CERTIFICATE OF SERVICE
(2:14-cv-01025-MJP) (Lead Case)
Page - 1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840