The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC., a Delaware corporation; LG ELECTRONICS MOBILE RESEARCH USA, LLC, a California limited liability company; and LG ELECTRONICS MOBILECOMM USA, INC., a California corporation,<br><br>Defendants. | Case No. 2:14-cv-1053-MJP<br><br>Consolidated Under Lead Case No. 2:14-cv-01025-MJP<br><br>**DEFENDANTS' PRAECIPE TO ATTACH CORRECTED EXHIBIT TO DKT. 61** |

TO:   The Clerk of the Court

On January 9, 2015, Defendants LG Electronics USA, Inc., LG Electronics Mobile Research USA, LLC, and LG Electronics Mobilecomm USA, Inc. ("Defendants") filed a Motion for Leave to Amend Answer (Dkt. #61) with Exhibit A (Dkt. #61-1).

Defendants hereby submit a corrected Exhibit A with this praecipe and request that the clerk replace the previously filed Exhibit A with the attached Exhibit A.

DEFENDANTS' PRAECIPE TO ATTACH CORRECTED EXHIBIT TO DKT. 61
No. 2:14-cv-01025-MJP – Page 1

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | DATED:  January 12, 2015. |
| 2 | |

**YARMUTH WILSDON PLLC**

By */s/ John H. Jamnback*
John H. Jamnback, WSBA No. 29872
818 Stewart Street, Suite 1400
Seattle, WA  98101
Telephone:     206.516.3800
Facsimile:      206.516.3888
Email: jjamnback@yarmuth.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

Andrew C. Sonu (*pro hac vice*)
John Mulcahy (*pro hac vice*)
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
Telephone:     571.203.2700
Email: andy.sonu@finnegan.com
Email: john.mulcahy@finnegan.com

Frank A. DeCosta, III (*pro hac vice*)
Christopher M. Kurpinski (*pro hac vice*)
Forrest A. Jones (*pro hac vice*)
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:     202.408.4000
Email: frank.decosta@finnegan.com
Email: christopher.kurpinski@finnegan.com
Email: forrest.jones@finnegan.com

*Attorneys For Defendants LG Electronics USA, Inc., LG Electronics Mobile Research USA, LLC, and LG Electronics Mobilecomm USA, Inc.*

DEFENDANTS' PRAECIPE TO ATTACH CORRECTED EXHIBIT TO DKT. 61
No. 2:14-cv-01025-MJP – Page 2

Yarmuth Wilsdon PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy S. DeJong
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
tdejong@stollberne.com

*Attorneys for Plaintiff REC Software USA, Inc.*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  January 12, 2015 at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant

DEFENDANTS' PRAECIPE TO ATTACH CORRECTED EXHIBIT TO DKT. 61
No. 2:14-cv-01025-MJP – Page 3

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

814.01 pa120604 1/12/15