1

The Honorable Marsha J. Pechman

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

9

| | |
|---|---|
| REC Software USA, Inc., a Virginia corporation, ) | NO. 14-cv-01025-MJP (Lead Case) |
| ) | |
| Plaintiff, ) | NO. 14-cv-01047-MJP (Non-Lead Case) |
| ) | NO. 14-cv-01048-MJP (Non-Lead Case) |
| v. ) | NO. 14-cv-01050-MJP (Non-Lead Case) |
| ) | NO. 14-cv-01053-MJP (Non-Lead Case) |
| HTC AMERICA, INC., a Washington ) | NO. 14-cv-01056-MJP (Non-Lead Case) |
| corporation, et al., ) | NO. 14-cv-01059-MJP (Non-Lead Case) |
| ) | NO. 14-cv-01060-MJP (Non-Lead Case) |
| Defendants. ) | NO. 14-cv-01062-MJP (Non-Lead Case) |
| ) | |
| ) | **NOTICE OF FILING OF** |
| ) | **STIPULATED MOTION FOR ENTRY** |
| ) | **OF ORDER OF DISMISSAL** |
| ) | |
| ) | |

10

11

12

13

14

15

16

17

18

19

## NOTICE OF FILING OF STIPULATED MOTION
## FOR ENTRY OF ORDER OF DISMISSAL (Case No. 14-cv-1047-MJP)

20

TO: CLERK AND ALL COUNSEL OF RECORD,

21

22

Please take notice that on January 21, 2015, plaintiff REC Software USA, Inc., and

23

defendant Casio Computer Co., Ltd., filed a STIPULATED MOTION FOR ENTRY OF

24

ORDER OF DISMISSAL in the Non-Lead Case entitled, *REC Software USA, Inc. v. Casio*

25

*Computer Co., Ltd.*, U.S. District Court, Western District of Washington, Case No. 2:14-cv-

26

1047-MJP, a copy of which is attached hereto as <u>Exhibit A</u>.

NOTICE OF FILING OF STIPULATED MOTION FOR ENTRY OF
ORDER OF DISMISSAL - 1
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

1        DATED this 21st day of January, 2015.

2                            MERRICK, HOFSTEDT & LINDSEY, P.S.

3

4              By /s/Nicholas G. Thomas
                     Thomas R. Merrick, WSBA #10945

5                      tmerrick@mhlseattle.com
                     Nicholas G. Thomas, WSBA #42154

6                      nthomas@mhlseattle.com
                     3101 Western Ave., Ste. 200

7                      Seattle, WA  98121
                     Phone:  206-682-0610

8                      Fax:  206-467-2689

9                     SILLS CUMMIS & GROSS P.C.

10                      Scott D. Stimpson (admitted *pro hac vice*)
                     sstimpson@sillscummis.com

11                      Katherine M. Lieb (admitted *pro hac vice*)
                     klieb@sillscummis.com

12                      David C. Lee (admitted *pro hac vice*)
                     dlee@sillscummis.com

13                      101 Park Avenue, 28th Floor
                     New York, New York 10178

14                      Phone:  212-643-7000
                     Fax:  212-643-6500

15

16                   Attorneys for Defendant Casio Computer Co., Ltd.

17

18

19

20

21

22

23

24

25

26

NOTICE OF FILING OF STIPULATED MOTION FOR ENTRY OF
ORDER OF DISMISSAL - 2
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON  98121
(206) 682-0610

\\MHLFS1\DATA\526\440 - REC v. CASIO\PLEADINGS\Notice of Filing of Stipulated Motion for Entry of Or

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2015, I caused to be electronically filed the foregoing **NOTICE OF FILING OF STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL** (Case No. 14-cv-1047-MJP) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered CM/ECF participants.

Merrick, Hofstedt & Lindsey, P.S.

By: /s/Michelle Stark
    Michelle Stark
    mstark@mhlseattle.com

NOTICE OF FILING OF STIPULATED MOTION FOR ENTRY OF
ORDER OF DISMISSAL - 3
Case No. 14-cv-01025-MJP (Lead Case)

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON  98121
(206) 682-0610

\\MHLFS1\DATA\526\440 - REC V. CASIO\PLEADINGS\NOTICE OF FILING OF STIPULATED MOTION FOR ENTRY OF OI