THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HTC AMERICA, INC., a Washington corporation, et al.,<br><br>　　　　　Defendants. | No. 2:14-CV-1025 MJP<br><br>[Consolidated with Non-Lead Case Nos. 2:14-CV-1048-MJP; 2:14-CV-1050-MJP; 2:14-CV-1053-MJP; 2:14-CV-1056-MJP; 2:14-CV-1059-MJP; 2:14-CV-1060-MJP; 2:14-CV-1062-MJP]<br><br>**Note on Motion Calendar: February 6, 2015**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT CONTENTIONS** |

　　　This matter comes before the Court on on the Motion to Strike Plaintiff's Infringement Contentions and was filed by the Defendants collectively. The Court, having considered this matter and the record in this case, ORDERS as follows:

//

//

*Proposed Order -* (2:14-cv-01025-MJP) *- 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

IT IS ORDERED as follows:

1. The Motion is GRANTED.

2. Plaintiff's Infringement Contentions with respect to sale, manufacture, offer to sell, and importing of the accused mobile devices are hereby stricken.

3. Appendix B to the Plaintiff's Infringement Contentions is stricken for failure to provide an element-by-element analysis on how each pre-installed application listed in the documents attached to Appendix B allegedly practices the claimed method as required by Local Patent Rule 120.

4. Appendix C to the Plaintiff's Infringement Contentions is stricken because none of the documents and files listed in this Appendix were referenced or relied upon in Plaintiff's Infringement Contentions.

5. Plaintiff's Infringement Contentions regarding Android are stricken for failing to identify which version of Android are found on each accused mobile device prior to the expiration of the patent-in-suit, and for failing to provide the basis for why the accused Android functionalities operate in the same manner across all versions of Android.

DATED this _____ day of _____, 2015.

_____
The Honorable Marsha J. Pechman
U.S. District Court Judge

*Proposed Order -* (2:14-cv-01025-MJP) *- 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Presented By:

2  HILLIS CLARK MARTIN & PETERSON P.S.

3  By     s/ Eric D. Lansverk
       Michael R. Scott, WSBA #12822
4      Eric D. Lansverk, WSBA# 17218
       1221 Second Avenue, Suite 500
5      Seattle, Washington  98101-2925
6      Telephone: (206) 623-1745
       Facsimile: (206) 623-7789
7      Email:  eric.lansverk@hcmp.com

8
   FARELLA BRAUN + MARTEL LLP
9      James W. Morando (admitted *pro hac vice*)
       Eugene Mar (admitted *pro hac vice*)
10     Julia Kropp (admitted *pro hac vice*)
11     Farella Braun + Martel LLP
       235 Montgomery Street, 17th Floor
12     San Francisco, CA  94104
       Telephone: (415) 954-4400
13     Email:  jmorando@fbm.com;
14     emar@fbm.com;
   Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Proposed Order -*  (2:14-cv-01025-MJP) - *3*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy S. DeJong | tdejong@ssbls.com. abuck@ssbls.com |
| Jacob S. Gill | jgill@stollberne.com. jsloan@stollberne.com |
| Robert Alan Shlachter | rschlachter@stollberne.com |
| Derek Linke | linke@newmanlaw.com, docketing@newmanlaw.com,; sarah@newmanlaw.com |
| Keith P. Scully | keith@newmanlaw.com, charlotte@newmanlaw.com, docketing@newmanlaw.com; sarah@newmanlaw.com |
| Kevin L. Russell | kevin@chernofflaw.com, |
| Stellman Keehnel | stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| Jeffrey M. Thomas | jthomas@gordontilden.com, chudson@gordontilden.com |
| Franklin Dennis Cordell | fcordell@gordontilden.com, jlucien@gordontilden.com |
| James W. Morando | JMorando@fbm.com, Calendar@fbm.com, bheuss@fbm.com |
| John H. Jamnback | jjamnback@yarmuth.com, sstephens@yarmuth.com |
| Gregory F. Wesner | wesnerg@lanepowell.com, brownj@lanepowell.com, docketing-sea@lanepowell.com |
| Molly A. Terwilliger | mollyt@summitlaw.com, deniseb@summitlaw.com, kristeno@summitlaw.com |
| Ryan McBrayer | RMcBrayer@perkinscoie.com, NReynolds@perkinscoie.com, docketsea@perkinscoie.com |

*Proposed Order -*  (2:14-cv-01025-MJP) - *4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | | |
|---|---|---|
| 1 | Enoch H. Liang | Enoch.Liang@ltlattorneys.com, Francine.McGinity@ltlattorneys.com |
| 2 | | |
| 3 | Lauren Sliger | lauren.sliger@ltlattorneys.com, edgar.martinez@ltlattorneys.com |
| 4 | | |
| 5 | Tiffany Scott Connors | connorst@lanepowell.com, docketing-SEA@lanepowell.com, |
| 6 | | hooperl@lanepowell.com, sheaffers@lanepowell.com |
| 7 | Andrew Ramiro Escobar | andrew.escobar@dlapiper.com, karen.hansen@dlapiper.com |
| 8 | | |
| 9 | Asa Wynn-Grant | asa.wynngrant@diapiper.com |
| 10 | Brent Yamashita | brent.yamashiita@dlapiper.com |
| 11 | Julia Donna | Woog jwoog@yarmuth.com, kkennedy@yarmuth.com |
| 12 | | |
| 13 | Michael J. Engle | MEngle@perkinscoie.com, mheap@perkinscoie.com |
| 14 | Colin Barry Heideman | 2cbh@knobbe.com, colin.heideman@knobbe.com, litigation@knobbe.com |
| 15 | | |
| 16 | Frank A. DeCosta | frank.decosta@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| 17 | | |
| 18 | Forrest A. Jones | forrest.jones@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| 19 | | |
| 20 | | |
| 21 | Christopher M. Kurpinski | christopher.kurpinski@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, travis.smith@finnegan.com |
| 22 | | |
| 23 | John Mulcahy | john.mulcahy@finnegan.com |
| 24 | Scott D Stimpson | sstimpson@sillscummis.com |
| 25 | | |
| 26 | Vincent M. Ferraro | vferraro@sillscummis.com |
| 27 | David C. Lee | dlee@sillscummis.com |
| 28 | Katherine M. Lieb | klieb@sillscummis.com |

*Proposed Order* - (2:14-cv-01025-MJP) - 5

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| Irfan A Lateef | irfan.lateef@knobbe.com, Litigation@knobbe.com |
| Kendall M Loebbaka | Kendall.Loebbaka@knobbe.com, Litigation@knobbe.com |
| Jacqueline M. Lee | jacquelinelee@everettupshaw.com, contact@everettupshaw.com |
| Christina J McCullough | CMcCullough@perkinscoie.com, DocketSEA@perkinscoie.com, ypoletaeva@perkinscoie.com |
| Erik Fuehrer | erik.fuehrer@dlapiper.com, christine.kunis@dlapiper.com |
| John H. McDowell | johnmcdowell@andrewskurth.com, debbiereese@andrewskurth.com |
| James V. Mahon | jamesmahon@andrewskurth.com |
| Benjamin J. Setnick | bensetnick@andrewskurth.com, debbiereese@andrewskurth.com |
| Everett McClyde Upshaw | everettupshaw@everettupshaw.com, contact@everettupshaw.com |
| Kyle M. Amborn | KAmborn@perkinscoie.com |

DATED this 22nd day of January, 2015 at Seattle, Washington.

By   s/Eric D. Lansverk
Eric D. Lansverk, WSBA #17218
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
E-Mail: michael.scott@hcmp.com

*Proposed Order -* (2:14-cv-01025-MJP) - *6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789