THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, Inc., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>HTC AMERICA, INC., a Washington corporation et al., <br><br>　　　　　　Defendants. | No. 2:14-CV-1025 MJP <br><br>Consolidated with Non-Lead Case Nos. 2:14-CV-1048-MJP; 2:14-CV-1050-MJP; 2:14-CV-1053-MJP; 2:14-CV-1056-MJP; 2:14-CV-1059-MJP; 2:14-CV-1060-MJP; 2:14-CV-1062-MJP <br><br>**DECLARATION OF JULIA KROPP IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF REC SOFTWARE USA, INC.'S INFRINGEMENT CONTENTIONS** <br><br>**NOTE ON MOTION CALENDAR: February 6, 2015** |

Pursuant to 28 U.S.C. § 1746, Julia F. Kropp hereby declares as follows:

　　1.　I am an attorney with Farella Braun + Martel LLP, which represents Defendants Dell Inc., and Dell Products L.P. in this action. I have personal knowledge or have conducted a reasonable investigation of the facts set forth herein and am competent to testify therein. I make this declaration in Support of Defendants' Motion to Strike Plaintiff REC Software USA, Inc.'s Infringement Contentions.

*Declaration of Julia Kropp in Support of Defendants' Motion to Strike Infringement Contention*
(2:14-cv-01025-MJP) - *1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff REC Software USA, Inc.'s Disclosure of Asserted Claims and Infringement Contentions dated November 7, 2014 and served upon Defendants Dell Inc. and Dell Products L.P.

3. Attached as Exhibit 2 is a true and correct copy of a letter dated November 21, 2014 from Ryan McBrayer to Tim DeJong.

4. Attached as Exhibit 3 is a true and correct copy of a letter dated December 4, 2014 from Eugene Mar to Tim DeJong.

5. Attached as Exhibit 4 is REC Software USA, Inc.'s Clarification, Amendment, and Supplement Regarding Its Disclosures of Asserted Claims and Infringement Contentions dated January 14, 2015.

6. Attached as Exhibit 5 is a true and correct copy of a letter dated September 26, 2014 from Ryan McBrayer to Tim DeJong.

7. I have been informed by Everett Upshaw, counsel for defendant ZTE, that he has conducted a computerized and visual comparison of Appendix A attached to each moving party's Infringement Contentions. Mr. Upshaw has informed me that Appendix A attached to each moving party's Infringement Contentions is identical.

8. Attached as Exhibit 6 is a true and correct copy of documents produced by REC that were referenced in Appendix B to REC's Infringement Contentions, bearing production numbers REC_DEL_AeroATT_000248-253, REC_DEL_VENUENoC_0000184-190, REC_DEL_Strk7TMob_0000223-230, REC_DEL_Strk7NoC_0000005-0000009, and REC_DEL_Strk5ATT_0000005-11.

9. On January 9, 2015, counsel from Dell (James Morando and Julia Kropp) and Motorola (Christina McCullough) participated in a call to meet and confer with plaintiff's

*Declaration of Julia Kropp in Support of Defendants' Motion to Strike Infringement Contention*
(2:14-cv-01025-MJP) - 2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

counsel Tim DeJong regarding the deficiencies identified in Motorola's November 21, 2014 and Dell's December 4, 2014 correspondences. The meet and confer efforts led to REC's withdrawal of its joint infringement and doctrine of equivalents claims as shown in Exhibit 4. However, REC did not withdraw or amend any of the other deficiencies that are the subject of Defendants' Motion. Dell and REC also exchanged follow-up correspondence on January 9 and 12, 2015 regarding REC's infringement contentions, but the parties reached an impasse on the other issues.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 22nd day of Janaury, 2015, at San Francisco, California.

s/Julia F. Kropp
Julia F. Kropp

*Declaration of Julia Kropp in Support of Defendants' Motion to Strike Infringement Contention*
(2:14-cv-01025-MJP) - *3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy S. DeJong | tdejong@ssbls.com. abuck@ssbls.com |
| Jacob S. Gill | jgill@stollberne.com. jsloan@stollberne.com |
| Robert Alan Shlachter | rschlachter@stollberne.com |
| Derek Linke | linke@newmanlaw.com, docketing@newmanlaw.com,; sarah@newmanlaw.com |
| Keith P. Scully | keith@newmanlaw.com, charlotte@newmanlaw.com, docketing@newmanlaw.com; sarah@newmanlaw.com |
| Kevin L. Russell | kevin@chernofflaw.com, |
| Stellman Keehnel | stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| Jeffrey M. Thomas | jthomas@gordontilden.com, chudson@gordontilden.com |
| Franklin Dennis Cordell | fcordell@gordontilden.com, jlucien@gordontilden.com |
| James W. Morando | JMorando@fbm.com, Calendar@fbm.com, bheuss@fbm.com |
| John H. Jamnback | jjamnback@yarmuth.com, sstephens@yarmuth.com |
| Gregory F. Wesner | wesnerg@lanepowell.com, brownj@lanepowell.com, docketing-sea@lanepowell.com |
| Molly A. Terwilliger | mollyt@summitlaw.com, deniseb@summitlaw.com, kristeno@summitlaw.com |
| Ryan McBrayer | RMcBrayer@perkinscoie.com, NReynolds@perkinscoie.com, docketsea@perkinscoie.com |

*Declaration of Julia Kropp in Support of Defendants' Motion to Strike Infringement Contention*
 (2:14-cv-01025-MJP)  - *4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | | |
|---|---|---|
| 1 | Enoch H. Liang | Enoch.Liang@ltlattorneys.com, Francine.McGinity@ltlattorneys.com |
| 2 | | |
| 3 | Lauren Sliger | lauren.sliger@ltlattorneys.com, edgar.martinez@ltlattorneys.com |
| 4 | | |
| 5 | Tiffany Scott Connors | connorst@lanepowell.com, docketing-SEA@lanepowell.com, |
| 6 | | hooperl@lanepowell.com, sheaffers@lanepowell.com |
| 7 | Andrew Ramiro Escobar | andrew.escobar@dlapiper.com, karen.hansen@dlapiper.com |
| 8 | | |
| 9 | Asa Wynn-Grant | asa.wynngrant@diapiper.com |
| 10 | Brent Yamashita | brent.yamashiita@dlapiper.com |
| 11 | | |
| 12 | Julia Donna | Woog jwoog@yarmuth.com, kkennedy@yarmuth.com |
| 13 | Michael J. Engle | MEngle@perkinscoie.com, mheap@perkinscoie.com |
| 14 | Colin Barry Heideman | 2cbh@knobbe.com, colin.heideman@knobbe.com, litigation@knobbe.com |
| 15 | | |
| 16 | Frank A. DeCosta | frank.decosta@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, |
| 17 | | travis.smith@finnegan.com |
| 18 | Forrest A. Jones | forrest.jones@finnegan.com, raymond.smith@finnegan.com, |
| 19 | | |
| 20 | | seth.katz@finnegan.com, travis.smith@finnegan.com |
| 21 | Christopher M. Kurpinski | christopher.kurpinski@finnegan.com, raymond.smith@finnegan.com, seth.katz@finnegan.com, |
| 22 | | travis.smith@finnegan.com |
| 23 | John Mulcahy | john.mulcahy@finnegan.com |
| 24 | | |
| 25 | Scott D Stimpson | sstimpson@sillscummis.com |
| 26 | Vincent M. Ferraro | vferraro@sillscummis.com |
| 27 | David C. Lee | dlee@sillscummis.com |
| 28 | Katherine M. Lieb | klieb@sillscummis.com |

*Declaration of Julia Kropp in Support of Defendants' Motion to Strike Infringement Contention* (2:14-cv-01025-MJP) - *5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| Irfan A Lateef | irfan.lateef@knobbe.com, Litigation@knobbe.com |
| Kendall M Loebbaka | Kendall.Loebbaka@knobbe.com, Litigation@knobbe.com |
| Jacqueline M. Lee | jacquelinelee@everettupshaw.com, contact@everettupshaw.com |
| Christina J McCullough | CMcCullough@perkinscoie.com, DocketSEA@perkinscoie.com, ypoletaeva@perkinscoie.com |
| Erik Fuehrer | erik.fuehrer@dlapiper.com, christine.kunis@dlapiper.com |
| John H. McDowell | johnmcdowell@andrewskurth.com, debbiereese@andrewskurth.com |
| James V. Mahon | jamesmahon@andrewskurth.com |
| Benjamin J. Setnick | bensetnick@andrewskurth.com, debbiereese@andrewskurth.com |
| Everett McClyde Upshaw | everettupshaw@everettupshaw.com, contact@everettupshaw.com |
| Kyle M. Amborn | KAmborn@perkinscoie.com |

DATED this 22nd day of January, 2015, at Seattle, Washington.

By   s/Eric D. Lansverk
Eric D. Lansverk, WSBA #17218
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
E-Mail: eric.lansverk@hcmp.com

ND: 16692.019 4837-4000-1057v1

*Declaration of Julia Kropp in Support of Defendants' Motion to Strike Infringement Contention*
(2:14-cv-01025-MJP) - *6*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789