# EXHIBIT 4

THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation | Case No. 14-cv-01025-MJP (Lead Case) |
| Plaintiff, | **REC SOFTWARE USA, INC.'S CLARIFICATION, AMENDMENT, AND SUPPLEMENT REGARDING ITS DISCLOSURES OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |
| v. | |
| HTC AMERICA, INC., a Washington corporation | |
| Defendant. | |
| REC Software USA, Inc. v.<br>    Casio Computer Co. Ltd. | Case No. 14-cv-1047-MJP (Non-Lead Case) |
| REC Software USA, Inc. v.<br>    Dell Inc. et al. | Case No. 14-cv-1048-MJP (Non-Lead Case) |
| REC Software USA, Inc. v.<br>    Huawei Device USA Inc. *et al.* | Case No. 14-cv-1050-MJP (Non-Lead Case) |
| REC Software USA, Inc. v.<br>    LG Electronics USA Inc. *et al.* | Case No. 14-cv-1053-MJP (Non-Lead Case) |
| REC Software USA, Inc. v.<br>    Motorola Mobility LLC | Case No. 14-cv-1056-MJP (Non-Lead Case) |
| REC Software USA, Inc. v.<br>    Samsung Electronics America, Inc. *et al.* | Case No. 14-cv-1059-MJP (Non-Lead Case) |
| REC Software USA Inc. v.<br>    Sony Mobile Communications (USA) Inc. | Case No. 14-cv-1060-MJP (Non-Lead Case) |
| REC Software USA, Inc. v.<br>    ZTE (USA) Inc. | Case No. 14-cv-1062-MJP (Non-Lead Case) |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

<u>REC SOFTWARE USA, INC.'S CLARIFICATION,
AMENDMENT, AND SUPPLEMENT REGARDING ITS DISCLOSURES
OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS</u>

Plaintiff REC Software USA, Inc. ("Plaintiff") hereby clarifies, supplements, and amends the Disclosure of Asserted Claims and Infringement Contentions ("Infringement Contentions") served by Plaintiff on the defendants ("Defendants") in each of the above-captioned Lead and Non-Lead Cases, as follows:

As set forth in Plaintiff's Infringement Contentions and in Plaintiff's letter to Defendants dated January 9, 2015, Plaintiff seeks a determination of liability and damages only with respect to acts of infringement occurring during the effective term of U.S. Patent No. 5,854,936 (the "'936 Patent"), whether comprising the make, use, sale, offer to sell, and/or importation of the accused devices.  To the extent the Defendants infringed by offering to sell Accused Devices prior to the expiration of the '936 Patent, Plaintiff asserts that the appropriate damages base should include sales made pursuant to such infringing offers to sell.  This information is provided as a clarification, because several Defendants have misinterpreted and mischaracterized Plaintiff's Infringement Contentions.

As set forth in Plaintiff's Infringement Contentions, Plaintiff contends that, prior to the expiration of the patent-in-suit, Defendants infringed the patent by making, using, selling, offering to sell, and/or importing Accused Devices (i) that embodied, incorporated and/or included all of the steps of the claimed method, and (ii) whose operation necessarily and automatically includes every step of the claimed method, all as described in Plaintiff's Infringement Contentions.  *See*, *e.g.*, Infringement Contentions (Case No. 2:14-cv-01025-MJP) at pp. 3-4; ("Defendant[s] [are] liable for direct infringement of the asserted claims. Defendant[s'] Accused Devices include software that dictate the performance of such Accused Devices, including without limitation, automatically performing the steps of the Asserted Claims. Some non-exclusive examples of Defendant[s'] direct infringement include: Making the Accused Devices; Testing the Accused Devices; Using the Accused Devices; Offering to sell the Accused

**PLAINTIFF'S CLARIFICATION, AMENDMENT, AND
SUPPLEMENT RE: INFRINGEMENT CONTENTIONS**
(2:14-cv-01025-MJP) (Lead Case)
Page - 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Devices; Selling the Accused Devices; Importing the Accused Devices; and Developing and testing multi-module programs for the Accused Devices."). As further explained in Plaintiff's Infringement Contentions, Plaintiff asserted "joint infringement" only to the extent that Defendants contended that they did not infringe because one or more elements of the Asserted Claims was allegedly performed by a person other than Defendants. Defendants have not made such a contention, and Defendants have demanded that Plaintiff withdraw all contentions of joint infringement.

In light of the foregoing, Plaintiff hereby withdraws the contentions set forth at the following portions of its Infringement Contentions: page 4, lines 4-23 (Case No. 2:14-cv-01025-MJP); page 4, lines 5-24 (Case No. 2:14-cv-01047-MJP); page 4, lines 6-25 (Case No. 2:14-cv-01048-MJP); page 4, lines 8-26, and page 5, line 1 (Case No. 2:14-cv-01050-MJP); page 4, lines 8-26, and page 5, line 1 (Case No. 2:14-cv-01053-MJP); page 4, lines 4-23 (Case No. 2:14-cv-01056-MJP); page 4, lines 10-26, and page 5, lines 1-3 (Case No. 2:14-cv-01059-MJP); page 4, lines 5-24 (Case No. 2:14-cv-01060-MJP); and page 4, lines 4-23 (Case No. 2:14-cv-01062-MJP). Plaintiff reserves all rights and defenses, including, in response to any argument that Defendants did not infringe because one or more elements of an Asserted Claim was allegedly performed by a person other than Defendants, the right to contend that such person performed such element or elements under the direction and/or control of Defendants. Plaintiff's withdrawal of the portions of its Infringement Contentions specified above is not an admission and is made without prejudice to Plaintiff's right to later seek leave to amend its infringement contentions pursuant to Local Patent Rule 124 or other applicable authority.

Finally, Plaintiff hereby confirms that, at the present time, it is not asserting infringement based on the doctrine of equivalents. This confirmation is not an admission and is provided without prejudice to Plaintiff's right to later seek leave to amend its Infringement Contentions pursuant to Local Patent Rule 124 or other applicable authority.

///

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

1    DATED this 14th day of January, 2015.

2                                    STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

3

4                                    By: _____

5                                    **Timothy S. DeJong,** WSBA No. 20941
                                     **Robert A. Shlachter,** (admitted *pro hac vice*)
6                                    **Jacob S. Gill** (admitted *pro hac vice*)
                                     209 SW Oak Street, Suite 500
7                                    Portland, OR 97204
                                     Telephone:  (503) 227-1600
8                                    Facsimile:  (503) 227-6840
                                     Email:    tdejong@stollberne.com

9                                    -AND-

10                                   **Kevin L. Russell** (admitted *pro hac vice*)
                                     CHERNOFF, VILHAUER, MCCLUNG
11                                   & STENZEL, LLP
                                     601 SW 2ND Avenue, Suite 1600
12                                   Portland, OR  97204
                                     Telephone:  (503) 227-5631
13                                   Email: kevin@chernofflaw.com

14                                   -AND-

15                                   **Keith Scully,** WSBA No. 28677
                                     **Derek Linke,** WSBA No. 38314
16                                   NEWMAN DU WORS LLP
                                     1201 Third Avenue, Suite 1600
17                                   Seattle, WA 98101
                                     Telephone:  (206) 274-2800
18                                   Email: keith@newmanlaw.com
                                     linke@newmanlaw.com
19

20                                   **Attorneys for Plaintiff/Counter-Defendant REC
                                     Software USA, Inc.**
21

22

23

24

25

26

**PLAINTIFF'S CLARIFICATION, AMENDMENT, AND**                    STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
**SUPPLEMENT RE: INFRINGEMENT CONTENTIONS**                      209 S.W. OAK STREET, SUITE 500
(2:14-cv-01025-MJP) (Lead Case)                                 PORTLAND, OREGON 97204
Page - 4                                                        TEL. (503) 227-1600  FAX (503) 227-6840

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **PLAINTIFF'S CLARIFICATION, AMENDMENT, AND SUPPLEMENT RE: INFRINGEMENT CONTENTIONS** on the following named person(s) on the date indicated below, by U.S. Mail with postage prepaid, to said persons a correct copy thereof, contained in a sealed envelope, addressed to said person at their last known addresses indicated below, and by email to said persons sent to the email addresses indicated below:

Ryan J. McBrayer
Christina McCullough
Kyle M Amborn
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
RMcBrayer@perkinscoie.com
CMcCullough@perkinscoie.com
KAmborn@perkinscoie.com

Michael J. Engle
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
mengle@perkinscoie.com

**Attorneys for Motorola Mobility, LLC**

Colin B. Heideman
KNOBBE MARTENS OLSON
& BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
colin.heideman@knobbe.com

Irfan A. Lateef
Kendall M. Loebbaka
KNOBBE MARTENS OLSON
& BEAR, LLP
2040 Main St 14th Floor
Irvine, CA 92614
Email:  Irfan.lateef@knobbe.com
        Kendall.Loebbaka@knobbe.com

**Attorney for HTC America, Inc.**

Franklin D. Cordell
Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
fcordell@gordontilden.com
jthomas@gordontilden.com

Roozbeh Gorgin
Enoch H. Liang
Edward S. Quon
Lauren Sliger
LEE TRAN & LIANG LLP
601 South Figueroa Street, Suite 3900
Los Angeles, Ca 90017
roozbeh.gorgin@ltlattorneys.com
edward.quon@ltlattorneys.com
lauren.sliger@ltlattorneys.com

**Attorneys for Huawei Device USA Inc., Huawei Technologes USA, Inc.,  and Futurewei Technologies, Inc.**

Andrew C. Sonu
John Mulcahy
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
andy.sonu@finnegan.com
john.mulcahy@finnegan.com

**Attorneys for LG Electronics U.S.A., Inc., LG Electronics Mobile Research U.S.A., L.L.C., and LG Electronics MobileComm U.S.A., Inc.**

**CERTIFICATE OF SERVICE**
(14-cv-01025-MJP) Page - 1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

| | |
|---|---|
| Gregory F. Wesner | Frank A. DeCosta, III |
| Tiffany Scott Connors | Christopher M. Kurpinski |
| LANE POWELL PC | Forrest A. Jones |
| 1420 Fifth Ave, Suite 4200 | FINNEGAN, HENDERSON, FARABOW, |
| P.O. Box 91302 | GARRETT  & DUNNER, LLP |
| Seattle, WA 98111-9402 | 901 New York Avenue, N.W. |
| wesnerg@lanepowell.com | Washington, D.C. 20001-4413 |
| connorst@lanepowell.com | frank.decosta@finnegan.com |
| | christopher.kurpinski@finnegan.com |
| John H. McDowell Jr. | forrest.jones@finnegan.com |
| Benjamin J. Setnick | |
| James V. Mahon, Partner | John H. Jamnback |
| ANDREWS KURTH LLP | Julia D. Woog |
| 4505 Emperor Blvd., Suite 330 | YARMUTH WILSDON PLLC |
| Durham, NC  27703 | 818 Stewart Street, Suite 1400 |
| johnmcdowell@andrewskurth.com | Seattle, WA 98101 |
| jamesmahon@andrewskurth.com | jjamnback@yarmuth.com |
| bensetnick@andrewskurth.com | jwoog@yarmuth.com |
| **Attorneys for Sony Mobile Communications (USA) Inc.** | **Attorneys for LG Electronics U.S.A., Inc., LG Electronics Mobile Research U.S.A., L.L.C., and LG Electronics MobileComm U.S.A., Inc.** |
| Jacqueline M. Lee | |
| Everett McClyde Upshaw | Stellman Keehnel |
| LAW OFFICE OF EVERETT | Andrew R. Escobar |
| UPSHAW, PLLC | DLA PIPER LLP (US) |
| 811 S. Central Expressway, Suite 307 | 701 Fifth Avenue, Suite 7000 |
| Richardson, TX 75080 | Seattle, Washington 98104 |
| jacquelinelee@everettupshaw.com | stellman.keehnel@dlapiper.com |
| everettupshaw@everettupshaw.com | andrew.escobar@dlapiper.com |
| Molly A. Terwilliger | Erik Fuehrer |
| SUMMIT LAW GROUP PLLC | Asa Wynn-Grant |
| 315 Fifth Avenue South, Suite 1000 | Brent Yamashita |
| Seattle, Washington 98104-2682 | Mark D. Fowler |
| mollyt@summitlaw.com | DLA PIPER LLP |
| | 2000 University Avenue |
| **Attorneys for ZTE (USA) Inc.** | East Palo Alto, CA 94303-2215 |
| | erik.fuehrer@dlapiper.com |
| | Asa.wynngrant@dlapiper.com |
| | Brent.yamashita@dlapiper.com |
| | Mark.fowler@dlapiper.com |
| | **Attorneys for Samsung Electronics America, Inc., Samsung Information Systems America, Inc., Samsung Telecommunications America, LLC, and Samsung Electronics Co., Ltd.** |

**CERTIFICATE OF SERVICE**
(2:14-cv-01025-MJP) (Lead Case)
Page - 2

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

1    DATED this 14th day of January, 2015.

2                                STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

3

4                                By:

5                                     **Timothy S. DeJong,** WSBA No. 20941
                                      209 SW Oak Street, Suite 500
6                                     Portland, OR 97204
                                      Telephone:  (503) 227-1600
7                                     Email:        tdejong@stollberne.com

8                                **Attorneys for Plaintiff/Counter-Defendant REC
                                 Software USA, Inc.**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
(2:14-cv-01025-MJP) (Lead Case)
Page - 3