# EXHIBIT 6

# Dell - Aero − AT&T

| Manufacturer | Device | Model | Carrier | Version | Announced | Release Date |
|---|---|---|---|---|---|---|
| Dell | Aero[1] | Aero[2] | AT&T[3] | 1.5[4] | 01/07/2010[5] | Released[6] |

Hard Reset:              http://www.hard-reset.com/dell-aero-hard-reset.html

User Manual:            http://www.wireless.att.com/support_static_files/manuals/Dell_Aero.pdf

Quick Start Guide:      See, physical packaging

Tech specs:             http://www.cnet.com/products/dell-aero-at-t/

ROM type:               Flash EEPROM[7]

ROM capacity:           256 MB

RAM type:               DDR SDRAM

RAM capacity:           256 MB

Available space:        245 MB Total / 7% of 245 MB used

Model number:           Dell Aero

Android version:        BZ3G1.4_PVL9.00 (43973)

Unboxing:               https://www.youtube.com/watch?v=KwhzQ5PBS-M

Source Code:            http://opensource.dell.com/releases/aero/

          1.5

          2.1

---

[1]      http://www.phonearena.com/phones/Dell-Aero_id4350
[2]      http://en.wikipedia.org/wiki/Dell_Aero
[3]      http://www.att.com/esupport/article.jsp?sid=51078#fbid=b6zIZHucUmv
[4]      See, footnote 1
[5]      See, footnote 1
[6]      See, footnote 1
[7]      http://pdadb.net/index.php?m=specs&id=2212&view=1&c=dell_aero

# Methodology

1. Reset device to factory defaults (Settings/Master clear & reset/Master clear [password 1234]).
2. Powered on device and accepted English as default language as prompted.
3. Acknowledged Welcome screen as prompted.
4. Acknowledged eight button overview screens as prompted by each.
5. Prompted to setup email account or skip. Skipped.
6. Acknowledged Congratulations screen as prompted.
7. Accepted default Google location service settings as prompted.
8. Having followed all preceding prompts, device displayed "Home" screen.
9. Went to Settings/Phone basics/USB mode settings and set ADB mode as default automatic USB mode. Connected device to PC via USB cable. Accepted installation of USB driver onto PC.
10. Sideloaded "AppNameInfo" (custom application) onto device by opening command prompt on PC and entering "adb install <path to file>\AppNameInfo.apk".
11. Used AppNameInfo to detect "Application_Name.apk and Location" for each installed app.
12. Confirmed that at minimum but not limited to apps checked in table below had automatically started.

# Applications

| Application Name | Running Upon Start | Application_Name.apk and Location |
|---|---|---|
| A-GPS Service | | /system/app/BorqsAgps.apk |
| Active Sync | | /system/app/ActiveSyncClient.apk |
| Alarm Clock | ✔ | /system/app/AlarmClock.apk |
| AlarmBacup | | /system/app/AlarmclockBackup.apk |
| AllSport GPS | | /system/app/AllSportAndroid-signed.apk |
| Android System | ✔ | /system/framework/framework-res.apk |
| ApkBackup | | /system/app/ApkBackup.apk |
| AT&T Hot Spots | ✔ | /system/app/WISPr.apk |
| AT&T Maps | | /system/app/ATTMaps-Dell.apk |
| AT&T Navigator | ✔ | /system/app/ATTNav-Dell.apk |
| AutoCycle | | /system/app/AutoCycle.apk |
| Backup | | /system/app/Backup.apk |
| Bluetooth | | /system/app/BlueToothApp.apk |
| Browser | ✔ | /system/app/Browser.apk |
| Calculator | | /system/app/Calculator.apk |
| Calendar | | /system/app/Calendar.apk |
| Calendar Storage | ✔ | /system/app/CalendarProvider.apk |
| CalendarBackUp | | /system/app/CalendarBackup.apk |
| CalllogBackup | | /system/app/CalllogBackup.apk |
| Camera | | /system/app/OmsCamera.apk |
| Checkin Service | ✔ | /system/app/checkin.apk |
| com.android.appsmanager | | /system/app/AppManager.apk |

| Name | ✓ | Path |
|---|---|---|
| com.android.providers.userdictionary | ✓ | /system/app/UserDictionaryProvider.apk |
| Contacts | | /system/app/Contacts.apk |
| Contacts in phone | | /system/app/ContactsBackup.apk |
| Contacts Storage | ✓ | /system/app/GoogleContactsProvider.apk |
| Default Input Method | ✓ | /system/app/BorqsIME.apk |
| Dell App Widgets | ✓ | /system/app/DellAppWidgets.apk |
| Dell Home | ✓ | /system/app/DellHome.apk |
| Dialer Storage | ✓ | /system/app/TelephonyProvider.apk |
| Download Manager | ✓ | /system/app/DownloadProvider.apk |
| Drm | | /system/app/Drm.apk |
| DRM Protected Content Storage | ✓ | /system/app/DrmProvider.apk |
| efem | | /system/app/efem.apk |
| Email | | /system/app/Mail.apk |
| File Manager | | /system/app/FileManager.apk |
| Google Apps | ✓ | /system/app/GoogleApps.apk |
| Google Maps | ✓ | /system/app/Maps.apk |
| Google Partner Setup | ✓ | /system/app/GooglePartnerSetup.apk |
| Google Settings Provider | ✓ | /system/app/GoogleSettingsProvider.apk |
| Google Talk | | /system/app/Talk.apk |
| Google Talk Service | | /system/app/gtalkservice.apk |
| IM | ✓ | /system/app/ImProvider.apk |
| Mail Storage | ✓ | /system/app/MailProvider.apk |
| Market | ✓ | /system/app/Vending.apk |
| mat | | /system/app/TSTCommandMAT.apk |
| Media Storage | ✓ | /system/app/MediaProvider.apk |
| Media Uploader | | /system/app/MediaUploader.apk |
| Messaging | ✓ | /system/app/Mms.apk |
| Midnight Bowling 2 | | /system/app/MBO2_Dell.apk |
| MMS in mobile phone | | /system/app/MMSBackup.apk |
| Mobile Banking | | /system/app/MobileBanking.apk |
| MobiTV | | /system/app/MobiTV_DellGrappa.apk |
| mSpot Radio | | /system/app/ATTRadio.apk |
| MTP | | /system/app/MTP.apk |
| MultimediaBackup | | /system/app/MultmediaBackup.apk |
| Music | | /system/app/Music.apk |
| MusicID | | /system/app/MusicID2.apk |
| Network Location | | /system/app/NetworkLocation.apk |
| Notes | | /system/app/Notes.apk |
| NotesBackup | | /system/app/NotesBackup.apk |
| OMS service | ✓ | /system/app/OmsService.apk |
| oms.dm | | /system/app/DMClient.apk |
| oms.service.screen | | /system/app/LightGuard.apk |
| PAC-MAN by Namco | | /system/app/PRELOAD_PAC-MAN_Demo_1_0_5_GM.apk |
| Package Installer | | /system/app/PackageInstaller.apk |
| PC Suite Client | ✓ | /system/app/LocalSync.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY                REC_DEL_AeroATT_0000250

| Phone | ✔ | /system/app/Phone.apk |
|---|---|---|
| Pictures | | /system/app/Camera.apk |
| PushMailBackup | | /system/app/PushMailBackup.apk |
| Quickoffice | ✔ | /preload/apk/Quickoffice_FBW_3.0.96.apk |
| Recorder | | /system/app/SoundRecorder.apk |
| Search | ✔ | /system/app/OmsSearch.apk |
| Settings | ✔ | /system/app/Settings.apk |
| Settings | | /system/app/SettingsBackup.apk |
| Settings Storage | ? | /system/app/SettingsProvider.apk |
| Setup Wizard | ✔ | /system/app/SetupWizard.apk |
| SIM Toolkit | | /system/app/Stk.apk |
| SMS in phone | | /system/app/SmsBackup.apk |
| Social Network | | /system/app/SocialNetwork.apk |
| StreamingPlayer | | /system/app/StreamingPlayer.apk |
| Street View | | /system/app/Street.apk |
| Sync Feeds | ✔ | /system/app/GoogleSubscribedFeedsProvider.apk |
| TaskBackup | | /system/app/TodoBackup.apk |
| Tasks | ✔ | /system/app/ToDoList.apk |
| Terminal Emulator | | /system/app/Term.apk |
| Video Editor | | /preload/apk/ArcVideoEditor.apk |
| Voice Control | | /preload/apk/VSuiteApp.apk |
| Where | | /system/app/WHERE_EN.apk |
| Wizard | ✔ | /system/app/Wizard.apk |
| World Clock | | /system/app/WorldClock.apk |
| YouTube | | /system/app/YouTube.apk |
| YPmobile | | /system/app/YPMobile.apk |

## Notes

1. Question mark appears in the "Running" column for the following app:

   Settings Storage

   The device indicates Settings Storage is running but it is likely initiated the app by using Settings to set ADB mode as default automatic USB mode.

2. Source code link references 1.5 and 2.1 contain file readme.pdf:

   "readme.pdf" (1.5)

   "build steps of these packages
   1)in cupcake source tree…"

"readme.pdf" (2.1)

"Do build for base eclair code"

# Multi-Module Program Forming

# Part Of An Accused Product

| | | |
|---|:---:|---|
| Alarm Clock | ✔ | /system/app/AlarmClock.apk |
| AT&T Hot Spots | ✔ | /system/app/WISPr.apk |
| AT&T Navigator | ✔ | /system/app/ATTNav-Dell.apk |
| Calendar Storage | ✔ | /system/app/CalendarProvider.apk |
| com.android.providers.userdictionary | ✔ | /system/app/UserDictionaryProvider.apk |
| Default Input Method | ✔ | /system/app/BorqsIME.apk |
| Dell App Widgets | ✔ | /system/app/DellAppWidgets.apk |
| Dell Home | ✔ | /system/app/DellHome.apk |
| Dialer Storage | ✔ | /system/app/TelephonyProvider.apk |
| DRM Protected Content Storage | ✔ | /system/app/DrmProvider.apk |
| IM | ✔ | /system/app/ImProvider.apk |
| Mail Storage | ✔ | /system/app/MailProvider.apk |
| Messaging | ✔ | /system/app/Mms.apk |
| OMS service | ✔ | /system/app/OmsService.apk |
| PC Suite Client | ✔ | /system/app/LocalSync.apk |
| Phone | ✔ | /system/app/Phone.apk |
| Search | ✔ | /system/app/OmsSearch.apk |
| Settings | ✔ | /system/app/Settings.apk |
| Setup Wizard | ✔ | /system/app/SetupWizard.apk |
| Tasks | ✔ | /system/app/ToDoList.apk |
| Wizard | ✔ | /system/app/Wizard.apk |

# Dell - Venue – No Carrier

| Manufacturer | Device | Model | Carrier | Version | Announced | Release Date |
|---|---|---|---|---|---|---|
| Dell | Venue[1] | Dell Venue[2] | Compatible AT&T / T-Mobile[3] | 2.2[4] | 01/07/2011[5] | 02/04/2011[6] |

Hard Reset:                    http://www.hard-reset.com/dell-venue-hard-reset.html

User Manual:                    ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_mobile/mobile-venue_User%27s%20Guide_en-us.pdf

Quick Start Guide:          ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_mobile/mobile-venue_Setup%20Guide_en-us.pdf

Tech specs:                    http://www.gsmarena.com/dell_venue-3281.php

ROM type:                    Flash EEPROM[7]

ROM capacity:              1024 MB

RAM type:                    LPDDR SDRAM

RAM capacity:              512 MB

Available space:           514 MB

Model number:             Dell Venue

Android version:           2.2

Unboxing:                    https://www.youtube.com/watch?v=2Bg1xTe5Ec4

Source  Code:              http://opensource.dell.com/releases/venue/

            V3.02

            V4.06

---

[1]       http://www.phonearena.com/phones/Dell-Venue_id4593
[2]       http://en.wikipedia.org/wiki/Dell_Venue
[3]       http://www.pcmag.com/article2/0,2817,2381906,00.asp
          http://en.community.dell.com/dell-blogs/direct2dell/b/direct2dell/archive/2011/02/03/499-dell-venue-android-phone-available-in-t-mobile-and-at-amp-t-versions.aspx
[4]       See, footnote 1
[5]       See, footnote 1
[6]       See, footnote 1
[7]       http://pdadb.net/index.php?m=specs&id=2701&view=1&c=dell_venue_dell_thunder

# Methodology

1. Reset device to factory defaults (Settings/Privacy/Factory data reset).
2. Powered on device and followed prompts. Prompts apparently were in Japanese, Chinese or Korean. I was not able to read the characters but touched likely-looking buttons until device displayed "Home" screen.
3. Managed to find Setting/Language & keyboard and set English as default language.
4. Looked at Settings/Applications/Manage applications/Running to determine apps that had automatically started as a result of following manufacturer's instructions to get to Home screen.
5. Went to Settings/Applications/Development and enabled "USB debugging." Connected device to PC via USB cable. Accepted installation of USB driver onto PC.
6. Sideloaded "AppNameInfo" (custom application) onto device by opening command prompt on PC and entering "adb install <path to file>\AppNameInfo.apk".
7. Used AppNameInfo to detect "Application_Name.apk and Location" for each installed app.
8. Confirmed that at minimum but not limited to apps checked in table below had automatically started.

# Applications

| Application Name | Running Upon Start | Application_Name.apk and Location |
|---|---|---|
| Account and Sync Settings | | /system/app/AccountAndSyncSettings.apk |
| AccuWeather.com | | /system/app/ACCUWX.apk |
| Adobe Flash Player 10.1 | | /data/app/com.adobe.flashplayer-1.apk |
| ALSProximity | | /system/app/ALSProximity.apk |
| AMOLEDEngMode | | /system/app/AMOLED.apk |
| Android keyboard | | /system/app/LatinIME.apk |
| Android Live Wallpapers | | /system/app/LiveWallpapers.apk |
| Android System | ✓ | /system/framework/framework-res.apk |
| audioEM | | /system/app/audioEM.apk |
| Bluetooth Engineering Mode | | /system/app/fmradioEM.apk |
| Bluetooth Engineering Mode | | /system/app/BluetoothEM.apk |
| Bluetooth Share | | /system/app/Bluetooth.apk |
| Browser | | /system/app/Browser.apk |
| Cable Detection | | /system/app/CableDetection.apk |
| Calculator | | /system/app/Calculator.apk |
| Calendar | | /system/app/Calendar.apk |
| Calendar Storage | | /system/app/CalendarProvider.apk |
| Calendar Sync Adapter | | /system/app/GoogleCalendarSyncAdapter.apk |
| Calibrator | | /system/app/Calibrator.apk |
| Camera | | /system/app/Camera.apk |
| CameraEM | | /system/app/cameraEM.apk |
| CellInfo | | /system/app/CellInfo.apk |
| Certificate Installer | | /system/app/CertInstaller.apk |

| Clock | ✓ | /system/app/DeskClock.apk |
|---|---|---|
| com.android.providers.applications | ✓ | /system/app/ApplicationsProvider.apk |
| com.android.providers.userdictionary | ✓ | /system/app/UserDictionaryProvider.apk |
| com.google.android.feedback | | /system/app/GoogleFeedback.apk |
| com.qualcomm.permission.locapi | | /system/app/PermissionToAccessLocApi.apk |
| Confidential Running Test | | /system/app/VerificationVibratorAndLed.apk |
| Contacts | | /system/app/ContactsStageWidget-release.apk |
| Contacts | | /system/app/Contacts.apk |
| Contacts Storage | ✓ | /system/app/ContactsProvider.apk |
| Contacts Sync Adapter | | /system/app/GoogleContactsSyncAdapter.apk |
| Date and Time Retriever | | /system/app/dtretriever.apk |
| DELL Settings Storage | ✓ | /system/app/DellSettingsProvider.apk |
| Dell Stage | ✓ | /system/app/StageLauncher-release.apk |
| Dell™ Sync powered by Nero | | /system/app/NeroDellSync.apk |
| Dialer | ✓ | /system/app/Phone.apk |
| Dialer Storage | ✓ | /system/app/TelephonyProvider.apk |
| DisplayVersionInfo | | /system/app/DisplayVersionInfo.apk |
| Download Manager | ✓ | /system/app/DownloadProvider.apk |
| DRM Protected Content Storage | ✓ | /system/app/DrmProvider.apk |
| ECompass | | /system/app/ECompass.apk |
| Email | ✓ | /system/app/Email.apk |
| Email | | /system/app/EmailStageWidget-release.apk |
| EMList | | /system/app/EMList.apk |
| EMLoader | | /system/app/EMLoader.apk |
| EMwifi | | /system/app/EMwifi.apk |
| Facebook | | /system/app/com.facebook.katana.apk |
| FactorySuiteUtility | | /system/app/FactorySuiteUtility.apk |
| FactorySuiteUtility | | /system/app/VerificationLPSensorUtility.apk |
| Gallery | | /system/app/PicturesStageWidget-release.apk |
| Gallery | | /system/app/Gallery3D.apk |
| GaugeIcTempAutoTest | | /system/app/VerificationGaugeIcTemp.apk |
| GaugeIcVoltageAutoTest | | /system/app/VerificationGaugeIcVoltage.apk |
| Gmail | | /system/app/Gmail.apk |
| Google Backup Transport | | /system/app/GoogleBackupTransport.apk |
| Google Partner Setup | | /system/app/GooglePartnerSetup.apk |
| Google Pinyin | ✓ | /system/app/comgoogle.android.inputmethod.pinyin-1.apk |
| Google Search | ✓ | /system/app/GoogleQuickSearchBox.apk |
| Google Services Framework | ✓ | /system/app/GoogleServicesFramework.apk |
| Gpio | | /system/app/Gpio.apk |
| GpioSleepMode | | /system/app/GpioSleepMode.apk |
| GPS Engineering Mode | | /system/app/GpsEM.apk |
| GSensor | | /system/app/GSensor.apk |
| Home | | /system/app/HomeStageWidget-release.apk |
| Home screen tips | | /system/app/Protips.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

| HTML Viewer | | /system/app/HTMLViewer.apk |
|---|---|---|
| Interference_Test | | /system/app/interference_test.apk |
| Internet Services | | /system/app/InternetServices.apk |
| Live Wallpaper Picker | | /system/app/LiveWallpapersPicker.apk |
| LogMaster2 | | /system/app/LogMaster2.apk |
| LogService | ✔ | /system/app/LogService.apk |
| LOTA | ✔ | /system/app/Lota.apk |
| Magic Smoke Wallpapers | | /system/app/MagicSmokeWallpapers.apk |
| Maps | | /system/app/Maps.apk |
| Market | ✔ | /system/app/Vending.apk |
| Market Updater | | /system/app/MarketUpdater.apk |
| MaxPowerTest | | /system/app/MaxPowerTest.apk |
| mcc_mnc_verification_tool | | /system/app/mccmnc.apk |
| Media Container Service | ✔ | /system/app/DefaultContainerService.apk |
| Media Storage | ✔ | /system/app/MediaProvider.apk |
| Messaging | | /system/app/Mms.apk |
| MMI Tool | | /system/app/FactorySuite.apk |
| Mobility Management Info | | /system/app/mminfo.apk |
| Music | ✔ | /system/app/Music.apk |
| Music | | /system/app/MusicStageWidget-release.apk |
| Music Visualization Wallpapers | | /system/app/VisualizationWallpapers.apk |
| My Uploads | | /system/app/MediaUploader.apk |
| Network Location | | /system/app/NetworkLocation.apk |
| NetworkSetting | | /system/app/NetWorkSetting.apk |
| News and Weather | | /system/app/GenieWidget.apk |
| NVEngMode | | /system/app/NVEngMode.apk |
| OOD_OOM Tool | | /system/app/OOD_OOM.apk |
| Package Checker | ✔ | /system/app/PackageChecker.apk |
| Package installer | | /system/app/PackageInstaller.apk |
| Pico TTS | ✔ | /system/app/PicoTts.apk |
| Power monitor | | /system/app/PowerMonitor.apk |
| PreLoadNetworkSettings | | /system/app/PreLoadNetworkSettings.apk |
| Quickoffice | ✔ | /system/app/Quickoffice.apk |
| Security | | /system/app/security.apk |
| SensorsInfo | | /system/app/SensorsInfo.apk |
| Settings | ? | /system/app/Settings.apk |
| Settings Storage | ? | /system/app/SettingsProvider.apk |
| Setup Wizard | ? | /system/app/SetupWizard.apk |
| SIM Toolkit | | /system/app/Stk.apk |
| SIMInfo | | /system/app/SIMInfo.apk |
| Social | ✔ | /system/app/SocialStageWidget-release.apk |
| Sound Recorder | | /system/app/SoundRecorder.apk |
| Swype | | /system/app/swype.apk |
| System Update | | /system/app/PackageUpdate.apk |
| Talk | | /system/app/Talk.apk |
| TouchPanel | | /system/app/TouchPanel.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

| | | |
|---|:---:|---|
| TTS Service | ✓ | /system/app/TtsService.apk |
| TuneIn Radio | | /system/app/radiotime.apk |
| Twitter | | /system/app/com.twitter.android.apk |
| Verification ALSProx-Sensor Test | | /system/app/VerificationLPSensorTest.apk |
| Verification Audio | | /system/app/VerificationAudio.apk |
| Verification G-sensor Test | | /system/app/VerificationGSensorTest.apk |
| Verification HDMI | | /system/app/VerificationHdmi.apk |
| Verification Headset | | /system/app/VerificationHeadset.apk |
| Verification Key | | /system/app/VerificationKey.apk |
| Verification SD Card | | /system/app/VerificationSDCard.apk |
| VerificationBluetoothPairing | | /system/app/VerificationBluetooth.apk |
| VerificationEcampass | | /system/app/VerificationEcampass.apk |
| VerificationSample | | /system/app/FactoryTestSIMCard.apk |
| VerificationSample | | /system/app/Verification.apk |
| VerificationSingleTouch | | /system/app/VerificationSingleTouch.apk |
| VerificationUsbCharging | | /system/app/VerificationUsbCharging.apk |
| VerificationWifi | | /system/app/VerificationWifi.apk |
| Voice Dialer | ✓ | /system/app/VoiceDialer.apk |
| VPN Services | | /system/app/VpnServices.apk |
| Web | | /system/app/WebStageWidget-release.apk |
| welcome | | /system/app/HuanYing-Thunder-release.apk |
| YouTube | | /system/app/YouTube.apk |
| 驗證LCD | | /system/app/VerificationLCD.apk |

# Notes

1. In above table, I am unable to capture apk from /data/app due to security constraints. That means have not included binary apk file for Adobe Flash Player 10.1 app.

2. Question marks appear in the "Running" column for the following 3 apps:

   Settings
   Settings Storage
   Setup Wizard

   In the case of Settings and Settings Storage, the device indicates they are running but it is likely initiated the apps by using Settings to check running apps and enable USB debugging.
   In the case of Setup Wizard, the device indicates it is not running but the app was likely initially displayed, albeit in Korean, to setup the phone after factory data reset.

3. Source code link references v3.02 and v4.06 contain file venue-how-to-build.txt for their respective versions:

"venue-how-to-build.txt" (v3.02)

"1) download source tree of android donut from Google."

"venue-how-to-build.txt" (v4.06)

"1) download source tree of android gingerbread from Google."

# Multi-Module Program Forming

# Part Of An Accused Product

| | | |
|---|---|---|
| Clock | ✓ | /system/app/DeskClock.apk |
| com.android.providers.applications | ✓ | /system/app/ApplicationsProvider.apk |
| com.android.providers.userdictionary | ✓ | /system/app/UserDictionaryProvider.apk |
| Contacts Storage | ✓ | /system/app/ContactsProvider.apk |
| DELL Settings Storage | ✓ | /system/app/DellSettingsProvider.apk |
| Dell Stage | ✓ | /system/app/StageLauncher-release.apk |
| Dialer | ✓ | /system/app/Phone.apk |
| Dialer Storage | ✓ | /system/app/TelephonyProvider.apk |
| DRM Protected Content Storage | ✓ | /system/app/DrmProvider.apk |
| ECompass | | /system/app/ECompass.apk |
| LogService | ✓ | /system/app/LogService.apk |
| LOTA | ✓ | /system/app/Lota.apk |
| Media Container Service | ✓ | /system/app/DefaultContainerService.apk |
| Package Checker | ✓ | /system/app/PackageChecker.apk |
| Pico TTS | ✓ | /system/app/PicoTts.apk |
| Social | ✓ | /system/app/SocialStageWidget-release.apk |
| TTS Service | ✓ | /system/app/TtsService.apk |

# Dell - Streak 7 – T-Mobile

| Manufacturer | Device | Model | Carrier | Version | Announced | Release Date |
|---|---|---|---|---|---|---|
| Dell | Streak 7[1] | Dell Streak 7[2] | T-Mobile[3] | 2.2 / 3.2[4] | 01/06/2011[5] | 02/03/2011[6] |

Hard Reset:          http://support.t-mobile.com/docs/DOC-8180

User Manual:          ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_user%27s%20guide_en-us.pdf

                            ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_user%27s%20guide2_en-us.pdf

Quick Start Guide:          ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_setup%20guide2_en-us.pdf

                            ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_setup%20guide_en-us.pdf

Tech specs:          http://support.t-mobile.com/docs/DOC-1929

ROM type:          Flash EEPROM[7]

ROM capacity:          512 MB

RAM type:          LPDDR2 SDRAM

RAM capacity:          512 MB

Available space:          11.59 GB

Model number:          Dell Streak 7

Firmware version:          3.2

Unboxing:          https://www.youtube.com/watch?v=xfnZvyTKMkw

Source  Code:          http://opensource.dell.com/releases/streak7/

---

[1]          http://www.phonearena.com/phones/Dell-Streak-7_id5127
[2]          http://en.wikipedia.org/wiki/Dell_Streak
[3]          http://www.dell.com/learn/us/en/uscorp1/press-releases/2011-01-06-streak7
[4]          See, footnote 1
[5]          See, footnote 1
[6]          See, footnote 1
[7]          http://pdadb.net/index.php?m=specs&id=2993&view=1&c=dell_streak_7_wi-fi_dell_opus_one

3.22

3.36

5.06

# Methodology

1. Reset device to factory defaults (Settings/Privacy/Factory data reset).
2. Powered on device and slid to unlock when prompted.
3. Accepted English as default language as prompted.
4. Accepted default Google location service settings as prompted.
5. Accepted default time and date settings as prompted.
6. Prompted to sign in to Google account or skip. Skipped.
7. Having followed all preceding prompts, device displayed "Home" screen.
8. Looked at Settings/Applications/Manage applications/Running to determine apps that had automatically started as a result of following manufacturer's instructions to get to Home screen.
9. Went to Settings/Applications/Development and enabled "USB debugging." Connected device to PC via USB cable. Accepted installation of USB driver was installed onto PC.
10. Sideloaded "AppNameInfo" (custom application) onto device by opening command prompt on PC and entering "adb install <path to file>\AppNameInfo.apk".
11. Used AppNameInfo to detect "Application_Name.apk and Location" for each installed app.
12. Confirmed that at minimum but not limited to apps checked in table below had automatically started.

# Applications

| Application Name | Running Upon Start | Application_Name.apk and Location |
|---|---|---|
| AccuWeather.com | | /system/app/AccuWeather.apk |
| Adobe AIR | | /system/app/com.adobe.air.apk |
| Adobe Flash Player 10.3 | | /data/app/com.adobe.flashplayer-1.apk |
| Amazon Kindle | | /system/app/Kindle.apk |
| Amazon MP3 | ✔ | /system/app/amazonmp3.apk |
| Android System | ✔ | /system/framework/framework-res.apk |
| Arcade by Kongregate | ✔ | /system/app/KongregateArcade-dell-release.apk |
| Bluetooth Engineering Mode | | /system/app/BluetoothEM.apk |
| Bluetooth Share | ✔ | /system/app/Bluetooth.apk |
| BodySAR | | /system/app/bodysar.apk |
| Books | | /system/app/BooksTablet.apk |
| Browser | | /system/app/Browser.apk |
| Calculator | | /system/app/Calculator.apk |
| Calendar | | /system/app/Calendar.apk |
| Calendar Storage | ✔ | /system/app/CalendarProvider.apk |
| Calibrator | | /system/app/Calibrator.apk |
| Camera | | /system/app/Camera.apk |
| CameraEM | | /system/app/cameraEM.apk |
| CameraEM | | /system/app/cameraEM_5M.apk |
| Certificate Installer | | /system/app/CertInstaller.apk |
| Clock | ✔ | /system/app/DeskClock.apk |

| | | |
|---|---|---|
| com.android.wallpaper.holospiral | | /system/app/HoloSpiralWallpaper.apk |
| Confidential Running Test | | /system/app/VerificationVibratorAndLed.apk |
| Contacts | | /system/app/Contacts.apk |
| Contacts Storage | ✓ | /system/app/ContactsProvider.apk |
| CSD Tool | | /system/app/CSDMode.apk |
| Dell Books Widget | | /system/app/BooksStageWidget-release.apk |
| Dell Email Widget | | /system/app/DummyEmailStageWidget-release.apk |
| Dell keyboard | | /system/app/LatinIME.apk |
| Dell Photo Widget | ✓ | /system/app/PhotoStageWidget-release.apk |
| Dell Radio Widget | | /system/app/RadioStageWidget-release.apk |
| DELL Settings Storage | ✓ | /system/app/DellSettingsProvider.apk |
| Dell Social Widget | | /system/app/SocialStageWidget-release.apk |
| Dell Stage Updates | ✓ | /system/app/UpdaterStageWidget-release.apk |
| Dell VideoStage | | /system/app/RoxioNow.apk |
| Dell Weather Widget | | /system/app/HomeStageWidget-release.apk |
| Dell Web Widget | | /system/app/WebStageWidget-release.apk |
| DisplayVersionInfo | | /system/app/DisplayVersionInfo.apk |
| Download Manager | ✓ | /system/app/DownloadProvider.apk |
| Downloads | | /system/app/DownloadProviderUi.apk |
| DRM Protected Content Storage | ✓ | /system/app/DrmProvider.apk |
| Email | ✓ | /system/app/Email.apk |
| EmCapkey | | /system/app/EmCapkey.apk |
| EMList | ✓ | /system/app/EMList.apk |
| EMLoader | | /system/app/EMLoader.apk |
| EMwifi | | /system/app/EMwifi.apk |
| Evernote | | /system/app/Evernote.apk |
| Exchange Services | | /system/app/Exchange.apk |
| Facebook | | /system/app/Facebook.apk |
| FactorySuiteUtility | | /system/app/FactorySuiteUtility.apk |
| FactorySuiteUtility | | /system/app/VerificationLSensorUtility.apk |
| Gallery | | /system/app/GalleryNew3D.apk |
| GaugeIcTempAutoTest | | /system/app/VerificationGaugeIcTemp.apk |
| GaugeIcVoltageAutoTest | | /system/app/VerificationGaugeIcVoltage.apk |
| Gmail | ✓ | /system/app/Gmail.apk |
| Google Accounts | ✓ | /system/app/GoogleLoginService.apk |
| Google Backup Transport | | /system/app/GoogleBackupTransport.apk |
| Google Bookmarks Sync | | /system/app/ChromeBookmarksSyncAdapter.apk |
| Google Calendar Sync | | /system/app/GoogleCalendarSyncAdapter.apk |
| Google Contacts Sync | ✓ | /system/app/GoogleContactsSyncAdapter.apk |
| Google One Time Init | | /system/app/OneTimeInitializer.apk |
| Google Partner Setup | ✓ | /system/app/GooglePartnerSetup.apk |
| Google Search | ✓ | /system/app/GoogleQuickSearchBox.apk |
| Google Services Framework | ✓ | /system/app/GoogleServicesFramework.apk |
| HTML Viewer | | /system/app/HTMLViewer.apk |
| Internet Services | | /system/app/InternetServices.apk |
| Launcher | ✓ | /system/app/Launcher2.apk |

| Live Wallpaper Picker | | /system/app/LiveWallpapersPicker.apk |
|---|---|---|
| LogMaster2 | ✓ | /system/app/LogMaster2.apk |
| LogService | ✓ | /system/app/LogService.apk |
| LOTA | ✓ | /system/app/Lota.apk |
| Magic Smoke Wallpapers | | /system/app/MagicSmokeWallpapers.apk |
| Maps | ✓ | /system/app/Maps.apk |
| Market | ✓ | /system/app/Phonesky.apk |
| Market Feedback Agent | | /system/app/GoogleFeedback.apk |
| Market Updater | | /system/app/MarketUpdater.apk |
| mcc_mnc_verification_tool | | /system/app/mccmnc.apk |
| Media Storage | ✓ | /system/app/MediaProvider.apk |
| Messaging | | /system/app/Mms.apk |
| MMI Tool | | /system/app/FactorySuite.apk |
| Mobile Data | ✓ | /system/app/Phone.apk |
| Mobile Network Configuration | ✓ | /system/app/TelephonyProvider.apk |
| Movie Studio | | /system/app/VideoEditor.apk |
| Music | ✓ | /system/app/Music.apk |
| Music Visualization Wallpapers | | /system/app/VisualizationWallpapers.apk |
| My Uploads | ✓ | /system/app/MediaUploader.apk |
| Napster | | /system/app/Napster-Tablet.apk |
| Network Location | ✓ | /system/app/NetworkLocation.apk |
| OOD_OOM Tool | | /system/app/OOD_OOM.apk |
| Package Access Helper | ✓ | /system/app/DefaultContainerService.apk |
| Package Checker | ✓ | /system/app/PackageChecker.apk |
| Package installer | | /system/app/PackageInstaller.apk |
| Pageonce | ✓ | /system/app/Pageonce.apk |
| Pico TTS | ✓ | /system/app/PicoTts.apk |
| PreLoadNetworkSettings | | /system/app/PreLoadNetworkSettings.apk |
| QuickofficeÂ® | | /system/app/Quickoffice.apk |
| Search Applications Provider | ✓ | /system/app/ApplicationsProvider.apk |
| Settings | ? | /system/app/Settings.apk |
| Settings Storage | ? | /system/app/SettingsProvider.apk |
| Setup Wizard | ? | /system/app/SetupWizard.apk |
| Sound Recorder | | /system/app/SoundRecorder.apk |
| Street View | | /system/app/Street.apk |
| Swype | ✓ | /system/app/Swype.apk |
| SyncUP powered by Nero | | /system/app/NeroDellSync.apk |
| System UI | ✓ | /system/app/SystemUI.apk |
| System Update | | /system/app/PackageUpdate.apk |
| TabletTest | | /system/app/TabletTest.apk |
| Talk | | /system/app/Talk.apk |
| TegraZone Games | | /system/app/NVIDIATegraZone.apk |
| TouchPanel | | /system/app/TouchPanel.apk |
| TTS Service | | /system/app/TtsService.apk |
| TuneIn Radio | | /system/app/RadioTime.apk |
| Twitter | | /system/app/twitter.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

| | | |
|---|---|---|
| USBModule | | /system/app/USBModule.apk |
| User Dictionary | ✔ | /system/app/UserDictionaryProvider.apk |
| Verification ALS Test | | /system/app/VerificationLSensorTest.apk |
| Verification Audio | | /system/app/VerificationAudio.apk |
| Verification Cap | | /system/app/VerificationCap.apk |
| Verification G-sensor Test | | /system/app/VerificationGSensorTest.apk |
| Verification HDMI | | /system/app/VerificationHdmi.apk |
| Verification Headset | | /system/app/VerificationHeadset.apk |
| Verification Key | | /system/app/VerificationKey.apk |
| Verification LCD | | /system/app/VerificationLCD.apk |
| Verification SD Card | | /system/app/VerificationSDCard.apk |
| VerificationEcampass | | /system/app/VerificationEcampass.apk |
| VerificationHcChargingManual | | /system/app/VerificationHcChargingManual.apk |
| VerificationSample | | /system/app/FactoryTestSIMCard.apk |
| VerificationSingleTouch | | /system/app/VerificationSingleTouch.apk |
| VerificationUsbCharging | | /system/app/VerificationUsbCharging.apk |
| VerificationUsbChargingManual | | /system/app/VerificationUsbChargingManual.apk |
| VerificationWifi | | /system/app/VerificationWifi.apk |
| Voice Search | | /system/app/VoiceSearch.apk |
| WMDRM MediaViewer | | /system/app/DRMPlayer.apk |
| YouTube | | /system/app/YouTubeTablet.apk |
| Zinio Reader | | /system/app/ZinioReader.apk |
| ZSProvider | | /system/app/ZinioSettingsProvider.apk |

## Notes

1. In above table,  unable to capture apks from /data/app due to security constraints. That means I have not included binary apk file for Adobe Flash Player 10.3 app.

2. Question marks appear in the "Running" column for the following 3 apps:

   Settings
   Settings Storage
   Setup Wizard

   In the case of Settings & Settings Storage, the device indicates they are running but it is likely initiated the apps by using Settings to check running apps and enable USB debugging.
   In the case of Setup Wizard, the device indicates it is not running but this was the app initially displayed to setup the phone after factory data reset.

3. Source code link references 3.22, 3.36 and 5.06 contain files how-to-build#4.txt, how-to-build.txt and how-to-build.txt, respectively:

REC_DEL_Strk7TMob_0000228

"how-to-build#4.txt" (3.22)

"1) download source tree of anroid (sic) donut from Google."

"how-to-build.txt" (3.36)

"1) download source tree of anroid (sic) donut from Google."

"how-to-build.txt" (5.06)

" 1) download source tree of anroid (sic) froyo from Google."

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY          REC_DEL_Strk7TMob_0000229

# Multi-Module Program Forming

# Part Of An Accused Product

| | | |
|---|---|---|
| Amazon MP3 | ✔ | /system/app/amazonmp3.apk |
| Arcade by Kongregate | ✔ | /system/app/KongregateArcade-dell-release.apk |
| Bluetooth Share | ✔ | /system/app/Bluetooth.apk |
| Calendar Storage | ✔ | /system/app/CalendarProvider.apk |
| Clock | ✔ | /system/app/DeskClock.apk |
| Contacts Storage | ✔ | /system/app/ContactsProvider.apk |
| Dell Photo Widget | ✔ | /system/app/PhotoStageWidget-release.apk |
| DELL Settings Storage | ✔ | /system/app/DellSettingsProvider.apk |
| Dell Stage Updates | ✔ | /system/app/UpdaterStageWidget-release.apk |
| DRM Protected Content Storage | ✔ | /system/app/DrmProvider.apk |
| EMList | ✔ | /system/app/EMList.apk |
| Launcher | ✔ | /system/app/Launcher2.apk |
| LogMaster2 | ✔ | /system/app/LogMaster2.apk |
| LogService | ✔ | /system/app/LogService.apk |
| LOTA | ✔ | /system/app/Lota.apk |
| Mobile Data | ✔ | /system/app/Phone.apk |
| Mobile Network Configuration | ✔ | /system/app/TelephonyProvider.apk |
| Package Access Helper | ✔ | /system/app/DefaultContainerService.apk |
| Package Checker | ✔ | /system/app/PackageChecker.apk |
| Pageonce | ✔ | /system/app/Pageonce.apk |
| Pico TTS | ✔ | /system/app/PicoTts.apk |
| Search Applications Provider | ✔ | /system/app/ApplicationsProvider.apk |
| Swype | ✔ | /system/app/Swype.apk |
| System UI | ✔ | /system/app/SystemUI.apk |
| User Dictionary | ✔ | /system/app/UserDictionaryProvider.apk |

# Dell - Streak 7 – WiFi Only

| Manufacturer | Device | Model | Carrier | Version | Announced | Release Date |
|---|---|---|---|---|---|---|
| Dell | Streak 7[1] | Dell Streak 7[2] | None[3] | 2.2 / 3.2[4] | 01/06/2011[5] | 02/03/2011[6] |

Hard Reset:            http://support.t-mobile.com/docs/DOC-8180

User Manual:           ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_user%27s%20guide_en-us.pdf

                       ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_user%27s%20guide2_en-us.pdf

Quick Start Guide:     ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_setup%20guide2_en-us.pdf

                       ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak-7_setup%20guide_en-us.pdf

Tech specs:            N/A

ROM type:              Flash EEPROM[7]

ROM capacity:          512 MB

RAM type:              LPDDR2 SDRAM

RAM capacity:          512 MB

Available space:       11.59 GB

Model number:          Dell Streak 7

Firmware version:      3.2

Unboxing:              https://www.youtube.com/watch?v=xfnZvyTKMkw

Source Code:           http://opensource.dell.com/releases/streak7/

---

[1]     http://www.phonearena.com/phones/Dell-Streak-7_id5127
[2]     http://en.wikipedia.org/wiki/Dell_Streak
[3]     http://www.dell.com/learn/us/en/uscorp1/press-releases/2011-01-06-streak7
[4]     See, footnote 1
[5]     See, footnote 1
[6]     See, footnote 1
[7]     http://pdadb.net/index.php?m=specs&id=2993&view=1&c=dell_streak_7_wi-fi_dell_opus_one

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

3.22

3.36

5.06

        REC_DEL_Strk7NoC_0000006

# Methodology

1. Reset device to factory defaults (Settings/Privacy/Factory data reset).
2. Powered on device and slid to unlock when prompted.
3. Accepted English as default language as prompted.
4. Accepted default Google location service settings as prompted.
5. Accepted default time and date settings as prompted.
6. Prompted to sign in to Google account or skip. Skipped.
7. Having followed all preceding prompts, device displayed "Home" screen.
8. Looked at Settings/Applications/Manage applications/Running to determine apps that had automatically started as a result of following manufacturer's instructions to get to Home screen.
9. Went to Settings/Applications/Development and enabled "USB debugging." Connected device to PC via USB cable. Accepted installation of USB driver onto PC.
10. Sideloaded "AppNameInfo" (custom application) onto device by opening command prompt on PC and entering "adb install <path to file>\AppNameInfo.apk".
11. Used AppNameInfo to detect "Application_Name.apk and Location" for each installed app.
12. Confirmed that at minimum but not limited to apps checked in table below had automatically started.

# Applications

| Application Name | Running Upon Start | Application_Name.apk and Location |
|---|---|---|
| Amazon MP3 | ✔ | /system/app/amazonmp3.apk |
| Arcade by Kongregate | ✔ | /system/app/KongregateArcade-dell-release.apk |
| Bluetooth Share | ✔ | /system/app/Bluetooth.apk |
| Calendar Storage | ✔ | /system/app/CalendarProvider.apk |
| Clock | ✔ | /system/app/DeskClock.apk |
| Contacts Storage | ✔ | /system/app/ContactsProvider.apk |
| Dell Photo Widget | ✔ | /system/app/PhotoStageWidget-release.apk |
| DELL Settings Storage | ✔ | /system/app/DellSettingsProvider.apk |
| Dell Stage Updates | ✔ | /system/app/UpdaterStageWidget-release.apk |
| DRM Protected Content Storage | ✔ | /system/app/DrmProvider.apk |
| EMList | ✔ | /system/app/EMList.apk |
| Launcher | ✔ | /system/app/Launcher2.apk |
| LogMaster2 | ✔ | /system/app/LogMaster2.apk |
| LogService | ✔ | /system/app/LogService.apk |
| LOTA | ✔ | /system/app/Lota.apk |
| Media Storage | ✔ | /system/app/MediaProvider.apk |
| Mobile Data | ✔ | /system/app/Phone.apk |
| Mobile Network Configuration | ✔ | /system/app/TelephonyProvider.apk |
| Music | ✔ | /system/app/Music.apk |
| Package Access Helper | ✔ | /system/app/DefaultContainerService.apk |
| Package Checker | ✔ | /system/app/PackageChecker.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

| Pageonce | ✔ | /system/app/Pageonce.apk |
|---|---|---|
| Pico TTS | ✔ | /system/app/PicoTts.apk |
| Swype | ✔ | /system/app/Swype.apk |
| System UI | ✔ | /system/app/SystemUI.apk |
| User Dictionary | ✔ | /system/app/UserDictionaryProvider.apk |

# Notes

1. In above table,  unable to capture apks from /data/app due to security constraints. That means have not included binary apk file for Adobe Flash Player 10.3 app.

2. Question marks appear in the "Running" column for the following 3 apps:

   Settings
   Settings Storage
   Setup Wizard

   In the case of Settings & Settings Storage, the device indicates they are running but it is likely initiated the apps by using Settings to check running apps and enable USB debugging.
   In the case of Setup Wizard, the device indicates it is not running but this was the app initially displayed to setup the device after factory data reset.

3. Source code link references 3.22, 3.36 and 5.06 contain files how-to-build#4.txt, how-to-build.txt and how-to-build.txt, respectively:

   "how-to-build#4.txt" (3.22)

   "1) download source tree of anroid (sic) donut from Google."

   "how-to-build.txt" (3.36)

   "1) download source tree of anroid (sic) donut from Google."

   "how-to-build.txt" (5.06)

   " 1) download source tree of anroid (sic) froyo from Google."

        REC_DEL_Strk7NoC_0000008

# Multi-Module Program Forming

# Part Of An Accused Product

| | | |
|---|---|---|
| Amazon MP3 | ✔ | /system/app/amazonmp3.apk |
| Arcade by Kongregate | ✔ | /system/app/KongregateArcade-dell-release.apk |
| Bluetooth Share | ✔ | /system/app/Bluetooth.apk |
| Calendar Storage | ✔ | /system/app/CalendarProvider.apk |
| Contacts Storage | ✔ | /system/app/ContactsProvider.apk |
| Dell Photo Widget | ✔ | /system/app/PhotoStageWidget-release.apk |
| DELL Settings Storage | ✔ | /system/app/DellSettingsProvider.apk |
| Dell Stage Updates | ✔ | /system/app/UpdaterStageWidget-release.apk |
| EMList | ✔ | /system/app/EMList.apk |
| Launcher | ✔ | /system/app/Launcher2.apk |
| LogMaster2 | ✔ | /system/app/LogMaster2.apk |
| LogService | ✔ | /system/app/LogService.apk |
| LOTA | ✔ | /system/app/Lota.apk |
| Mobile Data | ✔ | /system/app/Phone.apk |
| Mobile Network Configuration | ✔ | /system/app/TelephonyProvider.apk |
| Pageonce | ✔ | /system/app/Pageonce.apk |
| Pico TTS | ✔ | /system/app/PicoTts.apk |
| Search Applications Provider | ✔ | /system/app/ApplicationsProvider.apk |
| User Dictionary | ✔ | /system/app/UserDictionaryProvider.apk |

# Dell - Streak - AT&T

| Manufacturer | Device | Model | Carrier | Version | Announced | Release Date |
|---|---|---|---|---|---|---|
| Dell | Streak[1] | 5[2] | AT&T[3] | 1.6/2.2/2.3[4] | 05/26/2010[5] | 08/13/2010[6] |

Hard Reset:            http://www.mobicpc.com/how-to-hard-reset-dell-streak-mini-5-to-factory-default-setting.html

User Manual:         ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak_user%27s%20guide_en-us.pdf

http://www.dell.com/support/home/us/en/19/product-support/product/mobile-streak/manuals

Quick Start Guide:     ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak_setup%20guide2_en-us.pdf

ftp://ftp.dell.com/Manuals/all-products/esuprt_tab_mob/esuprt_tablets/mobile-streak_setup%20guide_en-us.pdf

Tech specs:            http://www.dell.com/ca/p/mobile-streak/pd

ROM type:             Flash EEPROM[7]

ROM capacity:         1908 MB

RAM type:             SDRAM

RAM capacity:         512MB

Available space:       Memory settings:  1.46GB Available Space;

Model number:         Dell Streak

Firmware version:      1.6

Unboxing:             https://www.youtube.com/watch?v=O_TthWyiMs4

---

[1]       http://www.phonearena.com/phones/Dell-Streak_id5018
[2]       http://en.wikipedia.org/wiki/Dell_Streak
[3]       http://www.slashgear.com/att-dell-streak-on-sale-now-including-hdmi-car-docks-1397624/
[4]       See, footnote 1
[5]       See, footnote 1
[6]       See, footnote 1
[7]       http://pdadb.net/index.php?m=specs&id=2473&view=1&c=dell_streak_us_dell_mini_5

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY          REC_DEL_Strk5ATT_0000005

Source Code:        http://opensource.dell.com/releases/streak/
http://opensource.dell.com/releases/ Includes releases 1.12, 2.06, 3.09, 4.05, and 4.07.  Source code link

http://opensource.dell.com/releases/streak/1.12/how-to-build.txt

```
bluez
1) download source tree of anroid donut from Google.
2) build android by
  . build/envsetup.sh
  choosecombo (all default option)
  make -j4
3) replace external/bluez, and 'export BOARD_HAVE_BLUETOOTH=true'
4) mmm external/bluez
```

http://opensource.dell.com/releases/streak/2.06/how-to-build.txt

```
bluez
1) download source tree of anroid donut from Google.
2) build android by
  . build/envsetup.sh
  choosecombo (all default option)
  make -j4
3) replace external/bluez, and 'export BOARD_HAVE_BLUETOOTH=true'
4) mmm external/bluetooth/glib
  mmm external/bluetooth/bluez
```

http://opensource.dell.com/releases/streak/3.09/how-to-build%234.txt

```
bluez
1) download source tree of anroid donut from Google.
2) build android by
  . build/envsetup.sh
  choosecombo (all default option, Product choices are: 2. generic)
  make -j4
3) replace external/bluez, and 'export BOARD_HAVE_BLUETOOTH=true'
4) mmm external/bluetooth/glib
  mmm external/bluetooth/bluez
```

http://opensource.dell.com/releases/streak/4.05_and_4.07/how-to-build%233.txt

```
bluez
1) download source tree of anroid gingerbread from Google.
2) build android by
  . build/envsetup.sh
  choosecombo (all default option, Product choices are: 2. generic)
  make -j4
3) replace external/bluez, and 'export BOARD_HAVE_BLUETOOTH=true'
4) mmm external/bluetooth/glib
  mmm external/bluetooth/bluez
```

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

# Methodology

1. Reset device to factory defaults (Settings/Privacy/Factory data reset).
2. Device rebooted and prompted to touch "Home" button. "Home" screen displayed.
3. Looked at Settings/Applications/Manage applications/Filter/Running to determine apps that had automatically started as a result of following manufacturer's instructions to get to Home screen.
4. Confirmed that at minimum but not limited to apps checked in table below had automatically started.
5. Went to Settings/Applications settings/Development and enabled "USB debugging." Connected device to PC via USB cable.
6. Sideloaded "AppNameInfo" (custom application) onto device by opening command prompt on PC and entering "adb install <path to file>\AppNameInfo.apk".
7. Used AppNameInfo to detect "Application_Name.apk and Location" for each installed app, as shown in table below.

# Applications

| Application Name | Running Upon Start | Software Code File Application_Name.apk and Location |
|---|---|---|
| Alarm clock | ✔ | /system/app/AlarmClock.apk |
| AlbumArtDownload | ✔ | /system/app/AlbumArtDownload.apk |
| Android keyboard | ✔ | /system/app/LatinIME.apk |
| Android System | ✔ | /system/framework/framework-res.apk |
| Appnotify | ✔ | /system/app/appnotify.apk |
| Backlight | | /system/app/Backlight.apk |
| Bluetooth Engineering Mode | | /system/app/BluetoothEM.apk |
| Bluetooth Printer | | /system/app/BluetoothPrint.apk |
| BPP Printing | | /system/app/BPP_Printing.apk |
| Browser | | /system/app/Browser.apk |
| Cable Detection | | /system/app/CableDetection.apk |
| Calculator | | /system/app/Calculator.apk |
| Calendar | ✔ | /system/app/CalendarProvider.apk |
| Calendar Storage | ✔ | /system/app/Calendar.apk |
| Calibrator | | /system/app/Calibrator.apk |
| Camera | | /system/app/Oem_Camera.apk |
| CellInfo | | /system/app/CellInfo.apk |
| Checkin Service | ✔ | /system/app/GoogleCheckin.apk |
| com.android.providers.applications | ✔ | /system/app/ApplicationsProvider.apk |
| com.android.providers.userdictionary | ✔ | /system/app/UserDictionaryProvider.apk |
| com.dell.media.service | | /system/app/Media.apk |
| Confidential Running Test | | /system/app/ConfidentialRunningTest.apk |
| ContactMerge | ✔ | /system/app/ContactMerge.apk |
| Contacts | | /system/app/GoogleContactsProvider.apk |

REC_DEL_Strk5ATT_0000007

| | | |
|---|---|---|
| Contacts Storage | ✓ | /system/app/AddressBook.apk |
| Date and Time Retriever | | /system/app/dtretriever.apk |
| Dev Tools | | /system/app/Development.apk |
| Dialer Storage | ✓ | /system/app/TelephonyProvider.apk |
| DisplayVersionInfo | | /system/app/DisplayVersionInfo.apk |
| Download Manager | ✓ | /system/app/DownloadProvider.apk |
| DRM Protected Content Storage | ✓ | /system/app/DrmProvider.apk |
| ECompass | | /system/app/ECompass.apk |
| Email | ✓ | /system/app/Email.apk |
| SMList | | /system/app/EMList.apk |
| EMLoader | | /system/app/EMLoader.apk |
| EMPDP | | /system/app/EMPDP.apk |
| EMPSD | | /system/app/EMPSD.apk |
| EMwifi | | /system/app/EMwifi.apk |
| Facebook | ✓ | /system/app/Facebook.apk |
| File Browser | | /system/app/filebrowser.apk |
| Flickr | | /system/app/Flickr.apk |
| Fmradio | | /system/app/fmradio.apk |
| Getting Started | ✓ | /system/app/HuanYing.apk |
| Gmail | | /system/app/GmailProvider.apk |
| Gmail Storage | ✓ | /system/app/Gmail.apk |
| Google Apps | ✓ | /system/app/GoogleApps.apk |
| Google Partner Setup | ✓ | /system/app/GooglePartnerSetup.apk |
| Google Search | ✓ | /system/app/EnhancedGoogleSearchProvider.apk |
| Google Search (Enhanced) | ✓ | /system/app/GoogleSearch.apk |
| Google Settings Provider | ✓ | /system/app/GoogleSettingsProvider.apk |
| Google Talk | | /system/app/gtalkservice.apk |
| Google Talk Service | | /system/app/Talk.apk |
| Spio | | /system/app/Gpio.apk |
| GPS Engineering Mode | | /system/app/GpsEM.apk |
| GSensor | | /system/app/GSensor.apk |
| HID | | /system/app/HID.apk |
| Home | ✓ | /system/app/Launcher.apk |
| HTML Viewer | | /system/app/HTMLViewer.apk |
| IM | ✓ | /system/app/ImProvider.apk |
| Interference_test | | /system/app/interference_test.apk |
| Internet Services | | /system/app/InternetServices.apk |
| LCDEngMode | | /system/app/LCD.apk |
| Log Master | ✓ | /system/app/LogMaster.apk |
| Maps | ✓ | /system/app/Maps.apk |
| Market | | /system/app/MarketUpdater.apk |
| Market Updater | | /system/app/Vending.apk |
| MaxPowerTest | | /system/app/MaxPowerTest.apk |
| Media Storage | ✓ | /system/app/MediaProvider.apk |
| Messaging | ✓ | /system/app/Mms.apk |
| Mobility Management Info | | /system/app/mminfo.apk |

| | | |
|---|---|---|
| MP3 Store | ✓ | /system/app/amazonmp3.apk |
| MTPControl | | /system/app/MTPControl.apk |
| MultiTouchPhotoViewer | | /system/app/PhotoViewer.apk |
| Music | | /system/app/MusicLibrary.apk |
| My Uploads | ✓ | /system/app/MediaUploader.apk |
| Network Location | | /system/app/NetworkLocation.apk |
| NetworkSetting | | /system/app/NetWorkSetting.apk |
| Notes Storage | | /system/app/NotesProvider.apk |
| NVEngMode | | /system/app/NVEngMode.apk |
| OBEX OPP | | /system/app/OBEX_OPP.apk |
| OEMGestureFramework | ✓ | /system/app/GestureFramework.apk |
| ODD_OOM Tool | | /system/app/OOD_OOM.apk |
| Outlook Notes | | /system/app/Notes.apk |
| Outlook Tasks | ✓ | /system/app/Tasks.apk |
| Package Checker | ✓ | /system/app/PackageChecker.apk |
| Package Installer | | /system/app/PackageInstaller.apk |
| Phone | ✓ | /system/app/Contacts.apk |
| Phone | | /system/app/Phone.apk |
| Photos & Videos | | /system/app/ArcMediaGallery.apk |
| Pics TTS | | /system/app/PicoTts.apk |
| Picture frame | | /system/app/PictureFrame.apk |
| Power monitor | | /system/app/PowerMonitor.apk |
| PreLoadNetworkSettings | ✓ | /system/app/PreLoadNetworkSettings.apk |
| PVMtpServiceStart | ✓ | /system/app/PVMtpServiceStart.apk |
| PVVmdrmService | ✓ | /system/app/PVVmdrmService.apk |
| Quick Search Box | ✓ | /system/app/GlobalSearch.apk |
| Quickoffice | ✓ | /system/app/Quickoffice.apk |
| Recorder | | /system/app/SoundRecorder.apk |
| Rss Manager | | /system/app/RSSProvider.apk |
| Security | | /system/app/security.apk |
| SensorInfo | | /system/app/SensorsInfo.apk |
| Settings | ✓ | /system/app/SettingsProvider.apk |
| Settings Storage | ✓ | /system/app/Settings.apk |
| Setup Wizard | ✓ | /system/app/SetupWizard.apk |
| SIM Manager | | /system/app/SIMManager.apk |
| SIM Toolkit | | /system/app/Stk.apk |
| SIMInfo | | /system/app/SIMInfo.apk |
| Spare Parts | | /system/app/SpareParts.apk |
| Street View | | /system/app/Street.apk |
| Sync Feeds | ✓ | /system/app/GoogleSubscribedFeedsProvider.apk |
| System Update | | /system/app/PackageUpdate.apk |
| Tasks Storage | ✓ | /system/app/TasksProvider.apk |
| Termkinal Emulator | | /system/app/Term.apk |
| Testkits | | /system/app/Testkits.apk |
| TouchDown | | /system/app/Touchdown.apk |
| TouchPanel | ✓ | /system/app/TouchPanel.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY

| TTS Service | | /system/app/TtsService.apk |
|---|---|---|
| Twitter | | /system/app/Twitter.apk |
| Voice Control | | /system/app/VSuiteApp.apk |
| Voice Search | | /system/app/VoiceSearch.apk |
| VPN Services | | /system/app/VpnServices.apk |
| Wiper App | ✔ | /system/app/Wiper.apk |
| YouTube | | /system/app/YouTube.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY          REC_DEL_Strk5ATT_0000010

# Multi-Module Program Forming

## Part Of An Accused Product

| | | |
|---|---|---|
| AlbumArtDownload | ✔ | /system/app/AlbumArtDownload.apk |
| Appnotify | ✔ | /system/app/appnotify.apk |
| com.android.providers.userdictionary | ✔ | /system/app/UserDictionaryProvider.apk |
| ContactMerge | ✔ | /system/app/ContactMerge.apk |
| Contacts Storage | ✔ | /system/app/AddressBook.apk |
| Dialer Storage | ✔ | /system/app/TelephonyProvider.apk |
| DRM Protected Content Storage | ✔ | /system/app/DrmProvider.apk |
| Getting Started | ✔ | /system/app/HuanYing.apk |
| Home | ✔ | /system/app/Launcher.apk |
| IM | ✔ | /system/app/ImProvider.apk |
| Log Master | ✔ | /system/app/LogMaster.apk |
| MP3 Store | ✔ | /system/app/amazonmp3.apk |
| OEMGestureFramework | ✔ | /system/app/GestureFramework.apk |
| Package Checker | ✔ | /system/app/PackageChecker.apk |
| PreLoadNetworkSettings | ✔ | /system/app/PreLoadNetworkSettings.apk |
| PVMtpServiceStart | ✔ | /system/app/PVMtpServiceStart.apk |
| PVWmdrmService | ✔ | /system/app/PVWmdrmService.apk |
| Setup Wizard | ✔ | /system/app/SetupWizard.apk |
| Tasks Storage | ✔ | /system/app/TasksProvider.apk |
| TouchPanel | ✔ | /system/app/TouchPanel.apk |
| Wiper App | ✔ | /system/app/Wiper.apk |

CONFIDENTIAL - OUTSIDE ATTORNEYS ONLY                REC_DEL_Strk5ATT_0000011